IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL DIVISION

Case No.:

DALE SCHAMP and
SUSAN SCHAMP,
     Plaintiffs,

v.

THOR MOTOR COACH, INC.,
     Defendant.

_____/

## COMPLAINT AND JURY DEMAND

The Plaintiffs, DALE SCHAMP and SUSAN SCHAMP, (hereinafter "Plaintiffs"), by and through the undersigned counsel, file this Complaint and sue the Defendant, THOR MOTOR COACH, INC. (hereinafter "Manufacturer"), for violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et al. (hereinafter "MMWA"), for defects associated with a 2017 Thor Four Winds, VIN: 1FDUF5GT8GEC06821 (hereinafter "RV" or "subject RV") which was purchased from Lazydays in Seffner, Florida and warranted by Manufacturer.

## STATEMENT OF JURISDICTION AND VENUE

1.   The amount in controversy **DOES** exceed FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs.

2.   Defendant Manufacturer is a foreign corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of warranting and servicing automobiles in Brevard County, Florida.

## FACTS

3.  On or about June 4, 2016, Plaintiffs purchased the RV at a total sale price of $165,280.47, which was the total cash price including tax, title, fees and finance charges. See Exhibit "A", attached hereto.

4.  To acquire the RV, Plaintiffs traded-in a 2016 Winnebago View at a net value of $76,784.47, tendered a $2,000.00 cash down payment, and financed the resulting balance.

5.  Along with the purchase of the RV, Plaintiffs received an express warranty from Manufacturer. See Exhibit "B", attached hereto.

6.  Specifically, the relevant terms of the warranty were as follows:

    (a) Manufacturer's 1-year/15,000-mile limited warranty covered the RV.

    (b) Manufacturer provided in the express warranty that Manufacturer would repair defects and replace defective parts within the specified time frame above, through its own authorized servicing agents as defined in the express warranty.

7.  Plaintiffs have taken the RV to Manufacturer's authorized servicing agents, pursuant to the warranty, a combined total of at least seven (7) times for repairs of defects and/or defective parts, including complaints about significant water intrusion in addition to the performance of the RV's electrical system, exterior trim, fuel tanks, interior trim, radio, storage area, door frame, leveling jacks, air conditioner, slide outs, electric step, power inverter, sleeper cab, generator, grey water tank, plumbing, and heater, which are component parts that are covered under the express warranty. See Composite Exhibit "C", attached hereto.

8.    A summary of said repairs is as follows:

| DATE | DAYS | MILE | RO# | COMPLAINT |
|------|------|------|-----|-----------|
| 6/9/16 | 20 | 1,489 | 19215398A | **Electrical System/Batteries:** Dead batteries. We were told the batteries would recharge and fix the issue with the radio/backup camera and they did not. I asked for the batteries to be replaced and stated once batteries go dead they are not the same, so we want new batteries. I was told by Derek that we would get new batteries if the backup camera did not work off coach.<br><br>**Windows/Exterior Trim:** Customer states several window screens fell out on the way home. We need the screens and their attachment mechanisms and the entire screen for the bunk bed window since the screen is missing the plastic parts to attached the screen to the window frame. Also need window handle. (repair 2 has been moved to invoice 19215398B).<br><br>**Fuel Tanks:** Repair 3 has been moved to invoice 19215398B. Needs to go to Gator Ford. (This unit comes with two fuel tanks and the front tank does not fill. We just thought the tanks was just skipped on filling. The tech struggled to get 1-2 gallons of fuel because the fuel comes back out of fill port. My guess is the vent valve is broken or the fuel fill line is blocked. The two gallons he did get in caused the tank gauge to rise slightly to indicate all gauges do work. Once that's fixed and I'm in the area you owe me a tank of diesel). |

3

**Electrical/Radio:** Customer states the radio/camera powers up while connected to shore or generator not at all when I really need it to work during driving. We found we had to leave generator on to use the camera. (Tested radio, check wires and fuses. Found fuse bad. Replaced and tested. All working good).

**Interior Trim:** Customer states couch cushion was not sitting right so I discovered the Velcro was ripped from the fabric so this needs replaced. (repair 5 has been moved to invoice 19215398B).

**Fit and Finish/Storage Area:** Customer states driver's side 3rd compt. Set latch to close tighter. The storage area where the new grill is stored has a major leak as the box for the grill is soaked and falling apart. (Top hinge was bent outwards. Attempted to bend it back in place but feared mounting structure would give. Customer was in a hurry to leave; Rodney suggested adding weather stripping for now. Customer agreed. Added weather stripping to top of door where existing stripping was not making contact).

**Interior Trim:** repair 7 has been moved to invoice . 19215398B. Customer states sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Drawer needs replaced.

**Fit and Finish/Door Frame:** Repair 8 has been moved to invoice 19215398B. Customer states the entrance door frame is completely

bent, looks like to make door seal, and allows water and air noises going down road. Need to put sealant in gaps until new frame work is ordered.

**Electrical System/Leveling Jacks:** Customer states leveling panel beeps when taking off shore power. (Reset the levels and calibrated jacks).

**Exterior Trim/Ladder:** Customer states screws are stripped off on the center standoffs on the roof ladder. (Stripped screws, removed and replaced screws with larger size).

| | | | | |
|---|---|---|---|---|
| 8/22/16 | 10 | 2,478 | 19215398B | |

**Windows/Exterior Trim:** Customer states several window screens fell out on the way home. We need the screens and their attachment mechanisms and the entire screen for the bunk bed window since the screen is missing the plastic parts to attached the screen to the window frame. Also need window handle. (repair 1 has been moved to invoice 19215398D).

**Fuel Tanks:** Repair 3 has been moved to invoice 19215398B. Needs to go to Gator Ford. (This unit comes with two fuel tanks and the front tank does not fill. We just thought the tanks was just skipped on filling. The tech struggled to get 1-2 gallons of fuel because the fuel comes back out of fill port. My guess is the vent valve is broken or the fuel fill line is blocked. The two gallons he did get in caused the tank gauge to rise slightly to indicate all gauges do work. Once that's fixed and I'm in the area you owe me a tank of diesel, no correction, no job).

**Interior Trim:** Customer states couch cushion was not sitting right so I discovered the Velcro was ripped from the fabric so this needs replaced. (repair 3 has been moved to invoice 19215398D).

**Interior Trim:** Repair 3 has been moved to invoice 19215398B. Customer states sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Drawer needs replaced. (Repair 3 has been moved to invoice 19215398D). Same as above.

**Fit and Finish/Door Frame:** Repair 5 has been moved to invoice 19215398D. Customer states the entrance door frame is completely bent, looks like to make door seal, and allows water and air noises going down road. Need to put sealant in gaps until new frame work is ordered.

**Electrical System/Awning:** Customer states awning retracting really slow. (Repair 7 has been moved to invoice 19215398D).

**Exterior Trim:** Customer states looks like potential cracks in corners of cab over. (Repair 8 has been moved to invoice 19215398D).

**Exterior Trim:** Customer states seals at top and bottom of D/S S/O look like tits coming out. (Repair 9 has been moved to invoice 19215398C)

**Water Intrusion:** Customer states awning leaks between track and coach. (Repair 10 has been moved to invoice 19215398D).

**Electrical System/Leveling Jacks:** Customer states jacks continuously beeping when ignition started. (Repair 11 has been moved to invoice 19215398D).

**Shower Leak:** Customer states when using shower it is leaking from somewhere onto floor.

**Air Conditioner:** Customer states vents not blowing good air on coach, A/C seems blocked. (Repair 13 has been moved to invoice 19215398C).

**Interior Trim:** Customer states linoleum cut too short and coming up at top of stairs. (Repair 14 has been moved to invoice 19215398D).

**Fit and Finish/Windows:** Customer states D/S fwd. dinette window vibrating open while driving. (Repair 15 has been moved to invoice 19215398D).

**Electrical System:** Customer states breaker underneath master bed keeps tripping. (Repair 16 has been moved to invoice 19215398D).

| | | | | |
|---|---|---|---|---|
| 8/22/16 | 9 | 2,478 | 19215398C | |

**Exterior Trim:** Customer states seals at top and bottom of D/S S/O look like tits coming out. (Customer showed me what he is talking about. There was excess seal coming out from both sides of the slideout so I cut some excess of the seal off).

**Air Conditioner:** Customer states vents not blowing good air on coach, A/C seems blocked. (Gap between the return. Took off the air box and saw that there was a gap that was causing the airflow to only go to one

side. I sealed the gap with ac tamp and put the divider the correct way, now the ac is flowing correctly).

| | | | | |
|---|---|---|---|---|
| 8/22/16 | 1 | ? | 19215398D | |

**Windows/Exterior Trim:** Customer states several window screens fell out on the way home. We need the screens and their attachment mechanisms and the entire screen for the bunk bed window since the screen is missing the plastic parts to attached the screen to the window frame. Also need window handle. (Part on order).

**Interior Trim:** Customer states couch cushion was not sitting right so I discovered the Velcro was ripped from the fabric so this needs replaced. (Part on order).

**Interior Trim:** Repair 3 has been moved to invoice 19215398B. Customer states sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Drawer needs replaced. (Part on order).

**Fit and Finish/Door Frame:** Repair 5 has been moved to invoice 19215398D. Customer states the entrance door frame is completely bent, looks like to make door seal, and allows water and air noises going down road. Need to put sealant in gaps until new frame work is ordered. (Seal door frame).

**Electrical System/Awning:** Customer states awning retracting really slow.

**Exterior Trim:** Customer states looks like potential cracks in corners of cab over. (Body shop estimate)

**Water Intrusion:** Customer states awning leaks between track and coach. (CLD delivery warranty).

**Electrical System/Leveling Jacks:** Customer states jacks continuously beeping when ignition started. (CLD delivery warranty).

**Interior Trim:** Customer states linoleum cut too short and coming up at top of stairs. (RC floor estimate).

**Fit and Finish/Windows:** Customer states D/S fwd. dinette window vibrating open while driving. (CLD delivery warranty).

**Electrical System:** Customer states breaker underneath master bed keeps tripping. (CLD delivery warranty).

| | | | |
|---|---|---|---|
| 10/13/16 | 54 | 3,257 | 10525 |

**Slideout/Water Intrusion:** Customer states front living room slide water leak behind driver seat at floor.

**Storage Compartment:** Customer states driver's side compartment 4&5 from the front will lock but you can still pull open.

**Exterior Trim/Ladder:** Customer states rear ladder is coming loose from unit.

**Storage Compartment:** Customer states passenger rear compartment locks but can still pulled open.

**Water Intrusion:** Customer states awning leaks at gutter in middle.

**Exterior Trim:** Customer states the front passenger side cap has stress cracks and paint chips.

**Interior Trim:** Customer states floor at entry steps is cut too short.

**Fit and Finish/Door:** Customer states entry door frame at right side has bowed out can see light by striker plate.

**Leveling Jacks:** Customer states leveling system panel will not power on.

**Shower:** Customer states shower leaks under shower fan at left corner.

**Interior Trim:** Customer states sofa cushion Velcro has ripped off, left side back rest.

**Exterior Trim:** Customer states bunk house bottom will not stay in place, keeps falling off.

**Interior Trim:** Customer states cabinet drawer under bunk house bed has damage to wood, wants price to replace, need pictures and measurements of drawer front.

**Exterior Trim:** Customer states passenger side rear mud flap is falling off unit, coming loose.

**Exterior Trim:** Customer states passenger side rear mud flap is coming loose from unit burning hole in flap.

**Interior Trim:** Customer states pocket door in back bedroom is sticking, driver side.

12/9/16   61      ?        19215398D   **Windows/Exterior Trim:** Customer states several window screens fell out on the way home.  We need the

screens and their attachment mechanisms and the entire screen for the bunk bed window since the screen is missing the plastic parts to attached the screen to the window frame. Also need window handle. (Part on order).

**Interior Trim:** Customer states couch cushion was not sitting right so 1 discovered the Velcro was ripped from the fabric so this needs replaced. (Part on order).

**Interior Trim:** Repair 3 has been moved to invoice 19215398B. Customer states sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Drawer needs replaced. (Note for file. had to add screws on base of track holders, remove reawer, added screws install all and tested, all working good).

**Fit and Finish/Door Frame:** Repair 5 has been moved to invoice 19215398D. Customer states the entrance door frame is completely bent, looks like to make door seal, and allows water and air noises going down road. Need to put sealant in gaps until new frame work is ordered. (Seal door frame).

**Electrical System/Awning:** Customer states awning retracting really slow. (No fault found, tested several times and verified 40 to 41 second retract time, normal).

**Exterior Trim:** Customer states looks like potential cracks in corners of cab over. (Repair poor precious supplies and refinish as needed and buff as needed and reseal).

**Water Intrusion:** Customer states awning leaks between track and coach. (Open awning and caulk rain union).

**Electrical System/Leveling Jacks:** Customer states jacks continuously beeping when ignition started. (Jacks no fully returning, lube legs and tested several times with no fault).

**Interior Trim:** Customer states linoleum cut too short and coming up at top of stairs. (Remove trim, removed step, cut excess wood off, reinstalled carpet and trim, reinstalled step).

**Fit and Finish/Windows:** Customer states D/S fwd. dinette window vibrating open while driving. (Shook window no fault found).

**Electrical System:** Customer states breaker underneath master bed keeps tripping. (Tested whole electrical system with no faults).

**Roof Ladder:** Customer states that the rear roof ladder second step left side bolts coming out all four. (Pulled ladder and tightened all mount supports reinstalled ladder and tested).

**Interior Trim:** Customer states that the refrigerator sink floor linoleum has no floor border to keep from peeling up. (RC floor estimate. Measured the length from wall to wall, cut a piece of trim to fit, nailed it to the linoleum putty the holes clean debris).

12

**Interior Trim:** Customer states that the exterior refrigerator sink middle drawer missing mounting screws in bracket to rear left and right side. (Installed missing screws).

**Interior Trim:** Customer states that the exterior refrigerator sink right side drawer mounting wood frame cracked in rear, needs replaced. (Installed missing screws).

**Interior Trim:** Customer states that the exterior tv door leaks at upper seam on interior door frame, locking mechanism missing two screws, both locks. (Installed missing screws).

**Interior Trim:** Customer states that the exterior tv door seal is crushed and cracked, lower door frame is loose. (Repaired cracked wood).

**Interior Trim:** Customer states that the far left passenger side exterior storage box undercarriage missing two screws also locking mechanism loosing two screws. (Tightened two loose screws and install missing screws).

**Exhaust:** Customer states that the left passenger side exhaust pipe storage box missing screws. (Installed missing screws).

**Exterior Trim/Door:** Customer states that the top left door frame, both door hinges missing middle attachment screws, door locking mechanism and door hinge missing screws. (Screws installed no fault found).

**Interior Trim:** Customer states that the left passenger storage box left of

entrance door missing screws for door hinge and locking mechanism. (Screws installed no fault found).

**Water Intrusion:** Customer states that the locking mechanism rubber gasket leaks water into storage compartment. (No leaks found after testing).

**Exterior Trim:** Customer states that the left rear duel tires front mud flap bolts do not stay tight thus vibrate loose and burned through flap. (Cut and replaced mud flap and secured to chassis).

**Water Intrusion:** Customer states that the exterior tv door hinge coming off leaks water at upper seam and lower rubber seal locking mechanisms without key are rusting need replaced. (Replaced compartment seal and sealed seam).

**Water Intrusion:** Customer states that the storage box below exterior tv locking latch and door hinger missing screws leaks water at rubber seal locking mechanism. Rubber gasket leaks water into storage compartment. (Replaced compartment seal).

**Exterior Trim:** Customer states that the storage box below exterior TV lookthru has panel coming up no screws or other device used to seal panel. (Removed spray foam and reinstalled base board, secure and seal top and bottom).

**Battery Compartment:** Customer states that the RV battery compartment under steps has water seal 25% off. (Repaired seal).

14

**Xantrax Inverter:** Customer states that the Xantrax inverter grounding stud has no ground wire. (5517 time .20 install ground wire).

**Storage Box:** Customer states that the bracket attaching storage box to frame is missing a mounting screw. (Repaired with ¹ compartment adjustment).

**Electrical System:** Customer states that the wires extending out from the inverter are naked to weather. (No opens in wire casing).

**Storage Box:** Customer states that the storage box behind passenger door has two door frame screws not fully screwed into frame, also has missing screws for door hinges and locking mechanism seal that leaks water. (R&R compartment seals).

**Sleeper Cab:** Customer states that the sleeper cab stress· point about 8 inches long and growing, outer paint peeling, frame unknown.

**Propane Tank.** Customer states that the propane tank door is missing hinge screws. (No missing screws found).

**Exterior Trim:** Customer states that the awning leaks in several places in the middle. (Caulked opens on rail).

**Generator:** Customer states that the generator hinge missing mounting screws and closure knob rusting. (No missing screws found). ·

**Generator / Exterior Trim:** Customer states that the driver's side under generator door skirt coming

17

**Electrical System:** Customer states that the RV battery compartment straps are not hooked. (Hooked loose straps).

**Interior Trim:** Customer states that the RV battery carpet not attached and screw fell out from behind carpet at upper step. (Reattached loose carpet).

**Interior Trim/Stairs:** Customer states that the entrance middle step base support under step cut about 1 inch too short causing slip hazard. (Removed cover and cut off excess, reinstalled rubber cover).

**Interior Trim/Stairs:** Customer states that the entrance middle step rubber step above base support is cracking because base support too short carpet not attached to both sides of middle step. (Repaired on line 34).

**Interior Trim:** Customer states that the entrance closet hinges do not attach to trim tightly due to trim being too wide causing hinges to flex and become loose with use.

**Exterior Trim/Door:** Customer states that the entrance door frame where meets locking mechanism allows air and water flows down fame out of bottom, eventually wood will rot. (Duplicate line, see line 4).

**Exterior Trim/Door:** Customer states that it appears door frame was bent towards coach rear to make door frame tight about 8 inches.

15

**Exterior Trim/Door:** Customer states that the entrance screen door has gap along entire locking side except where frame bent to allow for shutting of screen door. (Body shop repair). Client: Same as above.

**Exterior Trim/Door:** Customer states that the seal behind entrance door frame gets soaked with water and will cause rot to naked wood. (Duplicate line, body shop repair, no job).

**Exterior Trim/Door:** Customer states entrance door guide attached to frame opens too fast causing it to become unhinged. (Body shop repair).

**Exterior Trim/Door:** Customer states that they need new floor attachment and door cylinder. (Body shop repair).

**Electric Step:** Customer states that the electric step underneath has many wires exposed to weather where attached to each other, should be shrink wrapped. (No openings in wire casing found)

**Electric Step:** Customer states that the electric step underneath has wire line too tight and will eventually break from rubbing. (Zip tied up wires).

**Storage Box:** Customer states that the AGS storage box is not sealed from weather to frame front and right side.      (Remove foam and repositioned compartment, secured and resealed).

16

loose, has several screws coming out. (No fault found).

**Storage Box:** Customer states that the exterior storage box drivers side under range missing hinge screws, leaks water at seal. (Replaced compartment seal, no screws found missing).

**Grey Water Tank:** Customer states that the exterior grey/black water door frame coming off of main body. Hole cut too large and exterior grey/black water door hinges missing screws. (Adjusted compartment drawer and installed longer screws).

**Water Intrusion:** Customer states that the rear ship-to-shore box has air hole back rear side to allow in water. (Caulked opens).

**Cable Television:** Customer states that they are unable to determine if the cable tv line works. (Tested no fault found).

**Water Intrusion:** Customer states that the slide leaks water, front seal too short, not attached at top like other RV's of same model. (Swintech rail not properly installed, adjusted rail and glued upper and slide seal, caulked open).

**Slide Controller:** Customer states that the slide controller has error code (9 I think), intermittent complete closing. (Fixed with rail adjustment, adjusted front rail as rail was about ½ inch out at to tested with no faults).

**Water Intrusion:** Customer states that the middle seal under slider is torn. (R&R seal under slide).

**Plumbing:** Customer states that there is a torn seal once I stick my head in shows black plumbing bracket undone with screws missing. (This is the way it is designed no fault found).

**Interior Trim:** Customer states that the linoleum floor cut too short at entrance door. (RC floor estimate).

**Leveling Jack:** Customer states that the LCI leveler never has worked. (Started RV and apply E brake, works fine tested several times).

**Exterior Trim:** Customer states that the couch screen window missing chrome clips, above window accent does not have all mounting screws. (Installed missing screws and clips).

**Exterior Trim:** Customer states that the cab sleeper window seal coming off and the cab sleeper front border coming off. (Removed window and installed spacing on interior frame, reinstalled window and secures).

**Exterior Trim:** Customer states that the window accent does not have all screws for attaching to wall and accent. (Corrected on several lines).

**Driver's Seat:** Customer states that the driver's seat, molding not mounted to RV floor correctly. (No fault found).

**Water Intrusion:** Customer states that the driver's seat molding not mounted to RV floor correctly.

(Corrected with swintech rail adjustment).

**Water Intrusion:** Customer states that the slider seal not tight, leaking onto floor. (Corrected with swintech rail adjustment).

**Exterior Trim:** Customer states that the dinette window frame missing screw, window accent mount missing screws. (Installed all missing screws).

**Interior Trim:** Customer states that dinette storage cabinet missing screws. (No missing screws found).

**Interior Trim:** Customer states that the dinette seat under frame cracked and needs replaced, belt side. (Replace broken support).

**Sink:** Customer states that the wire cap under sink. (Exposed wires somewhere, no exposed wires found, possible dropped cap from factory).

**Dinette/Bed:** Customer states that there is a missing pillow for dinette conversion to bed. (Ordered and installed missing pillow in unit).

**Sink:** Customer states that the sink has low/no water pressure. (5517 time 1.00, R&R kitchen faucet tested operations).

**Air Conditioner:** Customer states that the roof a/c low flow does not cool in summer, I have to use third floor a/c. (Front and rear ducts open and returns and exchangers divider open. Seal all opens and tested operations of both ac units).

**Interior Trim:** Customer states that all three drawers next to stove/oven are missing bracket screws. (Installed missing screws on rail brackets).

**Heater:** Customer states that the heater duct work under stove is jammed into hole under bunkhouse inadequate flow, duct torn, needs replaced, needs trim attached to wall holes to prevent further tearing. (Flow is good and no tears found).

**Interior Trim:** Customer states that the slider roller under sink trash can screw coming up under dinette floor gap screw coming up, multiple screws/parts under slider. (Tightened screw).

**Bedroom Slide:** Customer states that they need to remove slider so I can do an inspection before reinstalled bracket on floor between slider and floor located under wall between master bedroom and bunkhouse missing four screws, and possibly nut/bolt.

**Interior Trim:** Customer states that the bunkhouse storage drawer face was scuffed at purchase; bunkhouse storage drawer missing bracket screws. (Denied).

**Interior Trim:** Customer states that the left side four closet drawers need frame build out wood to attach drawers more securely. (Installed wood supports and secured all drawer rail brackets).

**Interior Trim:** Customer states that all 11 closet drawers missing bracket attachment screws. (Installed all

missing screws and behind 11 drawers).

**Interior Trim:** Customer states that the floor border missing at rear of slider.

**Bed:** Customer states that the underneath master bed 1.5 x 1.5 middle wood support bar needs replaced due to cracking during installation also cut too short, needs support bar underneath. (Removed bed access bed support beam under frame replace short beam and secured).

**Water Tank:** Customer states that the potable water fill line leaks at RV wall and is loose at holding tank. (Tightened fitting and repositioned fill hose).

**Water Filter:** Customer states that the flow pure water filter under bed needs a support bracket to prevent upper attachment bracket from breaking off or coming loose. (This is manufacture design).

**Interior Trim:** Customer states that the bunkhouse shade accessories missing mounting bracket screws and L shape brackets at bottom of side. (No parts found missing).

**Interior Trim:** Customer states that the master bed left side upper storage unit with radio has two support wood brackets that are cracked and replaced.

**Windows:** Customer states that the support bracket screws missing on both window/shade roller each side of master bed. (No fault found).

**Bathroom Sink:** Customer states that the bathroom sink screws coming out on upper left side under sink bowl. (Tightened all screws and secured sink and countertop).

**Exterior Sink:** Customer states that the exterior sink support bracket needs wood support added at drawer door attachment.

**Exterior Sink:** Customer states exterior door frame missing screws and the exterior door frame seal needs replaced. (Replaced compartment and missing screws).

**Shower Leak:** Customer states that the shower leaks left side, back left side, leaks out of floor into exterior wheel well. (Duplicate line, same as line 8, tightened all fitting and tested system under full pressure).

**Interior Trim:** Customer states that the wall paper accent needs removed and replaced professionally on left side of shower wall and behind toilet. (Took off old border, use cleaner and a razor blade to get off the old glue residue. Wiped clean put new border on, cut to size).

**Toilet:** Customer states that the toilet needs rotated to the left so that toilet seat will stay up during peeing for male people. (Removed toilet and repositioned mounting screws, reinstalled and tested operations).

**Interior Door:** Customer states that the pocket door for hallway/bathroom are too heavy with present ceiling header, fell down, need to take down ceiling foam top

and replace header. (Added support to hold up rails and support pocket doors).

**Exterior Trim:** Customer states that the upper header exterior beauty cover should be installed professionally with staples that are in center of attachment board. (Fell off because of staples coming out of top).

**Bunkhouse Screen:** Customer states that the bunkhouse screen is missing parts so they fall out. (Ordered and installed missing screen).

**Rear Wall:** Customer states that the rear top wall cover coming apart and off of wall (75"x6") has Styrofoam under panel. (Reattached loose cover and secured reinstalled all removed time).

**Paint:** Customer states hood has very light basecoat. (Repair dents in good and prep. Refinish as need and buff as needed, 9.5 hours).

**Exterior Door:** Customer states d/s 4th compartment door, repair above d/s door, paint flaking off sidewall vertical molding, R&R entry door. (Replace entry door and repair above ps door on mounding. Mix color and tint best possible for panel painting match. Prep and refinish as needed and cut and buff as needed and reseal, 27 hours).

**Slide Out:** Per Anson, apply black silicone on outside of d/s main slide along front vertical seal.

**Leveling Jacks:** Per Anson, leveling monitor not showing anything on display, needs to be replaced.

**Shower:** Per Anson, shower leaking and needs to be sealed around base of drawer.

| | | | | |
|---|---|---|---|---|
| 2/25/17 | 11 | 4,418 | 11580 | |

**Interior Trim:** Customer states lower bunk drawer has scuff on front, noted on delivery. (R&R new drawer face).

**Water Intrusion:** Customer states compartment door is taking in water. (Not sealing correctly around frame, added two missing screws to move bracket to better location to close door more complete, added silicone to door to complete seal, water tested ok).

**Water Intrusion:** Customer states compartment door is taking in water. (Added two missing screws to move bracket to better location to close door more complete, added silicone to door complete seal, water tested ok).

**Water Intrusion:** Customer states compartment door is taking in water. (Added two missing screws to move bracket to better location to close door more complete, added silicone to door complete seal, water tested ok)

**Water Intrusion:** Customer states compartment door is taking in water. (Added two missing screws to move bracket to better location to close door more complete, added silicone to door to complete seal, water tested ok).

9.  At all times material, Manufacturer was aware of the RV's problems and defects and directly participated in several of the repair attempts.

10. Manufacturer's authorized servicing agent(s) further contacted Manufacturer and afforded Manufacturer one or more direct opportunities to conduct repair attempts.

11. Further, Manufacturer was afforded numerous opportunities to repair the RV through its authorized servicing agent(s) under the warranty.  <u>See</u> Composite Exhibit "C".

12. Unfortunately, despite at least seven (7) repair attempts, over 166 days out of service, and Manufacturer's direct participation in repair attempts, the RV continued to exhibit the following major problems:

    a.  The entrance door wall flexed when levelers are extended;

    b.  Water continued to leak on both sides of RV into driving cab area; and

    c.  A two to three-foot-long crack extended along the exterior of both sides of the overhead bed area above the seats in the cab.

13. The problems and failures with the RV's factory-installed systems were the direct result of one or more failures with Manufacturer-supplied materials and workmanship.

14. As a result, the RV's use, value, and safety were significantly impaired.

15. Manufacturer's inability or refusal to perform warranty repairs was in derogation of Manufacturer's obligation to Plaintiffs under the express warranty.

16.    As a result of the unrepaired defects, Plaintiffs were compelled to trade the RV at a net value of $69,611.69 on or about May 13, 2017. See Exhibit "D", attached hereto

## COUNT I
## BREACH OF EXPRESS WARRANTY UNDER MMWA, 15 U.S.C. § 2310(d)(1)

17.    Plaintiffs incorporate and adopt paragraphs 1 to 16 as though fully set forth herein.

18.    Plaintiffs are "consumers" as defined in the MMWA, 15 U.S.C. § 2301(3).

19.    The RV is a "consumer product" as defined in the MMWA, 15 U.S.C. § 2301(1).

20.    The RV was manufactured and purchased after July 4, 1975.

21.    The express written warranty is a "written warranty" as defined in the MMWA, 15 U.S.C. § 2301(6).

22.    Manufacturer is a "supplier" and "warrantor" as defined in the MMWA, 15 U.S.C. § 2301(4), (5).

23.    The RV's failures were the direct result of multiple defects in manufacturing workmanship or materials.

24.    The above-described failures and issues could not reasonably have been discovered by Plaintiffs prior to Plaintiffs' purchase of the RV.

25.    The express written warranty was part of the basis of the bargain of the contract, upon which Plaintiffs relied, for the purchase of the RV.

26.    The RV had not been properly repaired under such express warranty and continued to be in a defective condition through no fault of Plaintiffs.

27.    Manufacturer's failure or refusal to adequately repair the RV is a breach of the express warranty.

28.   The express warranty has failed of its essential purpose.

29.   As a result of Manufacturer's breach, Plaintiffs have suffered expenses, losses, and damages.

30.   Unlike other consumer goods, the RV naturally depreciated the moment after Plaintiffs purchased the RV, and has continued to depreciate thereafter, all through no fault of Plaintiffs.

31.   At the time of purchase, Plaintiffs did not intend to trade or sell the RV until Plaintiffs had enjoyed use of the RV for many years.

32.   Plaintiffs were faced with the reality that Manufacturer could not or would not adequately repair the RV, or in the alternative, the RV had been subject to an unreasonable number of repair attempts.

33.   Part of the RV's purchase price was so Plaintiffs could enjoy and maximize the "new RV experience" that was promised by Dealer and Manufacturer.

34.   The unrepaired defects and problems with the RV took away from and diminished such experience from Plaintiffs.

35.   Plaintiffs seek recovery of special damages in the amount of $74,822.21, representing the difference between the RV's total sale price ($144,463.90) minus the amount that Plaintiffs received upon trading the RV ($69,611.69).

36.   In the alternative, Plaintiffs seek to recover the difference between the value of the RV as delivered and as accepted on the date of purchase.

37.   Currently, there is no market for brand new, defective RVs, which is in large part due to the instantaneous depreciation of RVs as described above.

38.     As a result, the difference in value between Plaintiffs' RV as accepted and delivered on the date of sale is either the total sale price or cannot be calculated with certainty, which makes the award of special damages appropriate.

39.     All conditions precedent prior to bringing this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiffs pray that judgment be entered against Manufacturer:

A. For special damages in the amount of $74,822.21, representing the difference between the value of the RV's total sale price.($144,463.90) and amount that Plaintiffs received upon trading the RV ($69,611.69);

B. For the difference in value of the RV as promised and as actually delivered;

C. For actual, incidental, and consequential damages;

D. For costs, interest and actual attorneys' fees pursuant to 15 U.S.C. § 2310(d)(2); and

E. For such other relief this Court deems appropriate.

### JURY TRIAL DEMAND

40.     Plaintiffs hereby demand trial by jury.

DATED: <u>10/26/16</u>                    Respectfully submitted,

The Law Office of Patrick J. Cremeens, P.L.

<u>/s/ Patrick J. Cremeens</u>
Patrick J. Cremeens, Esq.
Fla. Bar No. 0025848
Jeanne M. Cremeens, Esq.
Fla. Bar No. 0026007
4707 W. Gandy Boulevard, Suite 8
Tampa, Florida 33611
Phone (813) 839-2000 / Fax (813) 839-3500
.Primary e-mail:   admin@cremeenslaw.com
Attorneys for Plaintiffs, Dale Schamp and Susan Schamp

29

# EXHIBIT "A"

FL-102 10/10/2015

# Retail Installment Contract and Security Agreement

Seller Name and Address        Buyer(s) Name(s) and Address(es)

Summary
No. _____
Date _____

Buyers' Month of Birth

☐ Business, commercial or agricultural purpose Contract.

Documentary Stamp Tax. Florida documentary stamp is required by law in the amount of $_____ has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| _____% | $_____ | $_____ | $_____ | $_____ |

Payment Schedule. Your payment schedule is.

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |
| _____ | $_____ | _____ |

Security. You are giving us a security interest in the Property purchased.

Late Charge. If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due

Prepayment. If you pay off this Contract early, you may have to pay a penalty.

Contract Provisions. You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| ☐ New<br>☐ Used<br>☐ Demo | | | | Other: | |

## Description of Trade-In

## Conditional Delivery

☐ Conditional Delivery. If checked, you agree that the following agreement regarding securing financing ("Agreement") applies:

_____. The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply

## Itemization of Amount Financed

a   Price of Vehicle, etc (incl. sales tax of
    $_____)                              $_____
b.  Pre-delivery service fee                    $_____
c   Cash Price (a+b)                            $_____
d.  Trade-in allowance                          $_____
e.  Less: Amount owing, paid to (includes m)    $_____
f.  Net trade-in (d-e; if negative, enter $0 here and enter
    the amount on line m)                       $_____
g.  Cash payment                               $_____
h   Manufacturer's rebate                       $_____
i   Deferred down payment                       $_____
j.  Other down payment (describe)               $_____

k   Down Payment (g+h+i+j)                      $_____
l.  Unpaid balance of Cash Price (c-k)          $_____
m   Financed trade-in balance (see line f)      $_____
n.  Paid to public officials, including filing fees $_____
o.  Insurance premiums paid to insurance company(ies)
    (See Insurance Disclosures section for coverage
    and benefits types.)                        $_____
p.  Service Contract, paid to                   $_____

q   To: _____                    $_____
r   To: _____                    $_____
s.  To: _____                    $_____
t   To: _____                    $_____

## Sales Agreement

Payment. You promise to pay us the principal amount of $_____ plus finance charges according on the unpaid balance at the rate of _____% per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-In-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract

Down Payment. You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ Loan Processing Fee. You agree to pay a loan processing fee of
$ _____ that will be ☐ paid in cash. ☐ financed over the term of the Contract

☐ Pre-delivery Service Fee. You agree to pay a pre-delivery service fee of
$_____ that will be ☐ paid in cash. ☐ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale

☐ Minimum Finance Charge. You agree to pay a minimum finance charge of
$_____ if you pay this Contract in full before we have earned that much in finance charges

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ Service Contract
Term _____
Price $_____
Coverage _____

☐ Gap Waiver or Gap Coverage

| | | |
|---|---|---|
| r. To: | $ | |
| s. To: | $ | |
| t. To: | $ | |
| u. To: | $ | |
| v. To: | $ | |
| w. To: | $ | |
| x. To: | $ | |
| y. To: | $ | |
| z. To: | $ | |
| aa. **Total Other Charges/Amts Paid (n thru z)** | $ | |
| bb. **Prepaid Finance Charge** | $ | |
| cc. **Amount Financed (r-aa-bb)** | $ | |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

Credit Insurance. Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**
☐ Single ☐ Joint ☐ None
Premium $ _____ Term _____
Insured _____

**Credit Disability**
☐ Single ☐ Joint ☐ None
Premium $ _____ Term _____
Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: _____ DOB _____

By: _____ DOB _____

By: _____ DOB _____

Property Insurance. You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ _____, if you get insurance from or through us you will pay $ _____ for _____ of coverage.

This premium is calculated as follows:
☐ $ _____ Deductible, Collision Cov. $ _____
☐ $ _____ Deductible, Comprehensive $ _____
☐ Fire-Theft and Combined Additional Cov. $ _____

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.**

☐ Single-Interest Insurance. You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ _____ for _____ of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit. You authorize us to purchase Single-Interest Insurance.

By: _____ Date _____

By: _____ Date _____

By: _____ Date _____

---

Coverage _____

☐ Gap Waiver or Gap Coverage
Term _____
Price $ _____
Coverage _____

☐
Term _____
Price $ _____
Coverage _____

By: _____ Date _____

By: _____ Date _____

## Signature Notices

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.**

## Signatures

Entire Agreement. Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: _____ Date _____

By: _____ Date _____

By: _____ Date _____

Notice to the Buyer. a. Do not sign this Contract before you read it or if it contains any blank spaces. b. You are entitled to an exact copy of the Contract you sign. Keep it to protect your legal rights.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

Buyer
By: _____ Date _____

By: _____ Date _____

By: _____ Date _____

Seller

By: _____ Date _____

[This area intentionally left blank.]

---

Assignment. This Contract and Security Agreement is assigned to _____, the Assignee, phone _____. This assignment is made ☐ under the terms of a separate agreement made between the Seller and Assignee. ☐ under the terms of the Assignment by Seller section on page 2. ☐ This Assignment is made with recourse.

Seller

By: _____ Date _____

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015
To Reorder Form: 1-800-562-8410
RSSMVLF-FL 10/10/2015
Page 1 of 2

# EXHIBIT "B"



# THOR
### MOTOR COACH

**Made to fit.**

# WARRANTY GUIDE

Dealer to review this guide with the purchaser (s) and return the Thor Motor Coach Product Registration Form to Thor Motor Coach within 15 days of vehicle delivery.

THOR MOTOR COACH

# TABLE OF CONTENTS

| | |
|---|---|
| Thor Motor Coach's Commitment | 3 |
| Owner Assistance | 3 |
| Customer Satisfaction Process | 3 |
| Chassis Manufacturer Delayed Warranty Registration | 4 |
| Component Part Warranty Registration | 4 |
| Change of Address or Ownership | 5 |
| Thor Motor Coach's Limited Warranty | 7 |
| Thor Motor Coach's Structural Limited Warranty | 11 |
| Component Part Supplier Contact List | 15 |
| TMC Product Registration Form – Must be returned to TMC within 15 Days | 21 |
| Purchaser's Notes | 23 |

**IMPORTANT!** This Warranty Guide contains important information about your vehicle's warranty coverage. It also explains Change of Address notification, Change of Ownership notification, and contains individual component manufacturer contact information. Keep this Warranty Guide and your TMC Owner Manual with your vehicle, and make them available to your dealership or repair shop if warranty work is needed. Be sure to keep them with your vehicle if you sell it so future owners will have this information.

Owner's Name:

Phone Number:

Address:

City, State, ZIP code:

Chassis Vehicle Identification Number (VIN):

Thor Motor Coach Serial Number:

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:

Selling Dealership Name:

Selling Dealership Phone Number:

1

 THOR MOTOR COACH

Information is included in this Warranty Guide for individual component manufacturers, including manufacturers whose component parts are optional on some vehicles or may not be available on your particular model. The inclusion of this information does not indicate or imply that the component(s) or option(s) were at any time available, or can be retrofitted to your vehicle, and is subject to change. If you, the purchaser, have any questions or concerns regarding this Warranty Guide, or information contained in the various individual component manufacturer's instructions (or you feel individual component manufacturer instructions may be missing) please contact your selling dealership, or Thor Motor Coach Customer Service by calling (877) 855-2867 (EST-Indiana), for assistance.

©2017 Thor Motor Coach, Division of Thor Industries, Inc. All rights reserved. Printed in the USA.

THOR MOTOR COACH'S IMPORTANT MESSAGE TO OWNERS 

## THOR MOTOR COACH'S COMMITMENT

Thor Motor Coach (TMC) is committed to ensuring an excellent ownership experience with your new motorhome. Your selling dealership also wants you to be completely satisfied, and invites you to return for all your service needs, both during and after the warranty period.

We thank you for choosing Thor Motor Coach.

## OWNER ASSISTANCE

The selling dealership is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after Thor Motor Coach's Limited Warranty period or Thor Motor Coach's Structural Limited Warranty period, talk to a member of dealer management. Under certain circumstances, TMC, an individual component part supplier, and/or your selling dealership may provide assistance after the applicable limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis.

## CUSTOMER SATISFACTION PROCESS

Your satisfaction and goodwill are important to your selling dealership, and to TMC. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your selling dealership's sales or service departments. However, sometimes despite the best intentions, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE**     Discuss your concern with a member of dealership management.

**STEP TWO**     If after contacting a member of dealership management, it appears your concern cannot be resolved by the dealer without further help contact the Thor Motor Coach Customer Assistance Center by calling our toll free number:

### 1-(877) 855-2867 (EST-Indiana)

A TMC Customer Assistance Representative will carefully review all the facts involved and let you know what further action will be taken in conjunction with the selling dealership or authorized repair center. Please have the following information available:

- Your name, location, and telephone number
- Your motorhome's 17-digit chassis vehicle identification number (VIN) and TMC serial number
- Date of purchase
- Current odometer reading
- Name of the selling dealership
- Name, address, and phone number of the dealership or repair shop servicing your motorhome
- Details of the concern
- If applicable, the component appliance description (including model and serial numbers)

**STEP THREE**   Both TMC and your selling dealership are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, and if you do not agree with the decision in your case, you may reject it and proceed with any other venue for relief available to you.

3

## THOR MOTOR COACH'S IMPORTANT MESSAGE TO OWNERS

### CHASSIS MANUFACTURER DELAYED WARRANTY REGISTRATION

**IMPORTANT!** It is the selling dealership's responsibility to register the chassis with the appropriate chassis manufacturer (listed below). To help improve overall customer satisfaction, it is critical these forms are completed once the retail sale is made.

Failure to submit the form to the chassis manufacturer at the time of delivery will reduce warranty coverage to the purchaser by the time and mileage that has accumulated since the chassis was delivered to TMC. In addition, the National Highway Transportation Safety Administration (NHTSA) requires all vehicles to be registered with the final stage manufacturer as well as the chassis manufacturer.

| | |
|---|---|
| **FORD** | The selling dealership must register and request a Delayed Warranty Start Date and/or In-Transit Mileage Accumulation warranty coverage extension online from Ford Customer Service at www.fordwsd.com. |
| **FREIGHTLINER** | The selling dealership must submit a completed paper copy Warranty Start Form (WAR275) Guide by email to warrantydep@daimler.com to Freightliner Custom Chassis. Call Freightliner Customer Support Center at 1-800-385-4357 for assistance with completing this form. |
| **CHEVROLET** | The selling dealership must submit a completed paper copy Delayed Warranty Dealer Form to General Motors (GM) Fleet by email to delayedwarrantystart@gm.com (contact TMC Customer Assistance at 1-(877) 855-2867 (EST-Indiana) for the BAC code). Follow the Delayed Warranty process located online at www.gmfleet.com/resources-nav/delayed-warranty.html and contact GM's Fleet Action Center at 1-800-353-3867, prompt #4, for futher assistance. |
| **SPRINTER** | USA selling dealers: Follow the online process under the "Resources" section at www.upfitterportal.com/en-us (contact TMC Customer Assistance at 1-(877) 855-2867 (EST-Indiana) for the Upfitter Token). |
| | Canadian selling dealers: Submit a completed paper copy Delayed Warranty Form to Daimler (Mercedes-Benz) by email to warrantyregistration@mercedes-benz.ca, following the process listed at www.upfitterportal.com/en-ca/resources/delayed-warranty-form or at www.upfitterportal.com/fr-ca/resources/delayed-warranty-form. |

## COMPONENT PART WARRANTY REGISTRATION

Your motorhome has features and accessories that have existing printed material provided by the various individual component part manufacturers (e.g., warranty cards or registrations, operation and/or maintenance instructions, etc.). This information is compiled in a package referenced throughout this Warranty Guide and your TMC Owner Manual as an "Owner's Packet".

Your selling dealership can assist you in completing applicable individual component part manufacturer warranty cards or registrations, and locating required component model or serial numbers. Familiarize yourself with the applicable component part warranties located in your Owner's Packet. You are responsible for ensuring the procedures for obtaining warranty repairs are followed properly.

Your selling dealership is responsible for servicing your motorhome before delivery, and has an interest in your continued satisfaction. We recommend your selling dealership perform all inspection, warranty and maintenance services. Some dealerships may be authorized service centers for those individual component part manufacturers whose products are warranted separately and excluded from Thor Motor Coach's Limited Warranty.

THOR MOTOR COACH'S IMPORTANT MESSAGE TO OWNERS 

## CHANGE OF ADDRESS OR OWNERSHIP

The "National Traffic and Motor Vehicle Safety Act of 1966" requires manufacturers to be able to contact vehicle owners when a correction of a safety-related defect or noncompliance issue with an applicable federal motor vehicle safety standard becomes necessary.

To enable TMC to contact you (the current purchaser) with important vehicle product and safety updates, including vehicles with expired warranty coverage, please update your vehicle-related or ownership information by contacting TMC Customer Assistance **in writing** by faxing (574) 294-3816 (attention: Registrations), or by emailing registrations@tmcrv.com. Include the following:

- Your legal name
- Your current mailing address (include your prior mailing address for change of address notifications)
- Your telephone number
- Your email address
- Your vehicle's 17-digit chassis vehicle identification number (VIN)
- Your TMC serial number
- Legal proof of purchase (e.g., a legible copy of your bill of sale or insurance card)
- Current motorhome odometer reading

5

THOR MOTOR COACH'S IMPORTANT MESSAGE TO OWNERS

This page is intentionally blank.

THOR MOTOR COACH'S LIMITED WARRANTY 

## THIS LIMITED WARRANTY COVERS

(i) **ONLY** the first retail owner and any second retail owner of the **NEW** motorhome;

(ii) **ONLY** those portions of a **NEW** motorhome not excluded under the section "What is Not Covered," when sold by an authorized dealership; and,

(iii) **ONLY** defects in workmanship performed and/or materials used to assemble those portions of your motorhome not excluded under the section "What is Not Covered." "Defect" means the failure of the workmanship performed and/or materials used to conform with the design and manufacturing specification and tolerances of Thor Motor Coach ("TMC").

This Limited Warranty is not transferable beyond the second retail owner. The second retail owner's warranty coverage period shall be the unexpired balance of the warranty coverage period the first retail owner received. The second retail owner should complete and submit a Registration and Acknowledgment of Receipt of Warranty and Product Information Form, which can be found in the Warranty Guide.

## LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES

**UNLESS PROHIBITED BY LAW, THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY, WHICH ARISES BY OPERATION OF STATE LAW, IS LIMITED:**

(i) **TO THE DURATION OF THE LIMITED WARRANTY,**

(ii) **IN SCOPE OF COVERAGE TO THOSE PORTIONS OF YOUR MOTORHOME COVERED BY THIS LIMITED WARRANTY,**

(iii) **TO DEFECTS EXISTING AT THE TIME OF SALE THAT SURFACED WITHIN THE DURATION OF THE IMPLIED WARRANTY OF MERCHANTABILITY; AND**

(iv) **TO DEFECTS THAT WERE DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY OR MERCHANTABILITY.**

**THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOT WITHSTANDING THE ABOVE PROVISIONS, TMC EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHERE THE MOTORHOME IS SOLD IN CANADA.**

There is no warranty of any nature made by TMC beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is **NOT** TMC's agent. TMC is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Limited Warranty.

Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

## DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES

**YOU, AS THE FIRST RETAIL BUYER OF THE MOTORHOME, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM TMC ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME, INCLUDING FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE PRODUCT TO THE SERVICING DEALER, HOTEL ROOMS, LOST WAGES, AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW, AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL NOT BE DEPENDENT UPON WARRANTY REPAIRS SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE.**

Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

(PAGE 1 OF 4, REV. DATE 02/02/17)

## THOR MOTOR COACH'S LIMITED WARRANTY

### WHAT IS NOT COVERED

- Any motorhome used for rental purposes or sold or registered outside of the United States or Canada;

- Accessories and equipment added or changed after the motorhome leaves the factory;

- Accessories and equipment that are working as designed, but which you are unhappy with the design;

- Normal wear and usage, such as fading or discoloration of fabrics, or damage caused by condensation;

- Defacing, scratching, dents and chips on any surface or fabric;

- Owner maintenance, including replacement of wiper blades, bulbs, filters, wheel alignments and resealing exterior sealant areas (see "Care and Maintenance" section of the Owner's Manual);

- The leveling jacks, the automotive chassis and power train, including, by way of example the engine, drive-train, steering, ride and handling, braking, wheel balance, muffler, tire wear or failure, tubes, batteries and gauges;

- Appliances and components covered by their own manufacturer's warranty including the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, DVD players, televisions, water heater, furnace, stereo, radio, compact disc player, washer, dryer, and inverter;

- Or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment, including chemical off-gassing, airborne pollutants, salt, tree sap and hail causing any damage including but not limited to rust and corrosion.

Component part and appliance manufacturers issue limited warranties covering those portions of the motorhome not covered by the Limited Warranty issued by TMC. To learn more on what specific components and appliances are not covered by this Limited Warranty, please contact TMC directly or review the Owner's Packet inside your motorhome.

### COVERAGE ENDS

Twelve (12) months after the first retail owner takes delivery of the motorhome from an authorized dealership OR after the odometer reaches 15,000 miles, whichever occurs first. **ANY ACTION FOR BREACH OF THIS TWELVE (12) MONTH OR 15,000 MILE LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

If the motorhome is not of the current or prior model year when the first retail owner takes delivery of the motorhome **OR** the motorhome has been purchased, titled, or registered in a business name or used for any commercial or business purposes other than for rental purposes, the Limited Warranty ends ninety (90) days after the first retail owner takes delivery of the motorhome **OR** after the odometer reaches 5,000 miles, whichever occurs first. If the motorhome has been purchased, titled, or registered in a business name or used for any commercial or business purpose, TMC disclaims any implied warranty of merchantability that may arise by operation of law. If the retail owner(s) has filed a federal, state or provincial tax form claiming any business tax benefit related to the motorhome, it will be conclusively presumed that the motorhome was used for commercial and/or business purposes. **ANY ACTION FOR BREACH OF THIS NINETY (90) DAY LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

Unless prohibited by state or provincial law, repairs will not extend the time when you must commence a breach of warranty claim and shall not extend the warranty coverage period. Some states and provinces do not allow the reduction of the time when a breach of warranty claim must be commenced, so the reduction in time when a breach of warranty claim must be commenced may not apply to you.

Any performance of repairs after the warranty coverage ends **OR** any performance of repairs to those portions of your motorhome excluded from coverage shall be considered "goodwill" repairs. Warranty repairs should be expected. TMC may use new and/or remanufactured parts and/or components of substantially equal quality to complete a repair.

Warranty repairs, addressing defects with and/or damage to interior or exterior surfaces, trim, upholstery or other appearance items, may have been performed at the factory during assembly **OR** at the selling dealership after delivery of the motorhome to your selling dealer. Normally, any defect and/or damage is detected and corrected at the factory or by the selling dealer during the inspection

(PAGE 2 OF 4, REV. DATE 02/02/17)

THOR MOTOR COACH'S LIMITED WARRANTY 

## COVERAGE ENDS, CONTINUED

process. If you discover any defects or damage to the motorhome when you take delivery of your motorhome, you **MUST** notify your dealer **OR** TMC within ten (10) days of the date of purchase to have damage repaired at no cost to you.

Minor adjustments, such as adjustments to the interior or exterior doors, drawers, and latches will be performed at no cost to you by your selling dealer during the first ninety (90) days of warranty coverage; thereafter, such adjustments are your exclusive responsibility as normal maintenance.

## REPAIR REMEDY

TMC's sole and exclusive obligation is to repair any covered defects discovered within the warranty coverage period if:

(1) within ten (10) days of your discovery of a defect you notify TMC or an authorized dealership of the defect;

(2) AND you deliver your motorhome to TMC or an authorized dealership (at your expense).

### BACK-UP REMEDY

If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have TMC pay an independent service shop of your choice to perform repairs to the defect OR if the defect is incurable, have TMC pay diminution in value damages.

The repair remedy and the back-up remedy **MUST** both be exhausted **AND** these remedies must fail to fulfill their essential purpose before you can seek any legal or equitable relief.

**THIS LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE THE WARRANTY DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT INSTEAD REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.**

## HOW TO GET SERVICE

If you need assistance in locating an authorized warranty service facility, contact TMC's Warranty Department by calling (877) 855-2867. The mailing address is: P.O. Box 1486, Elkhart, IN 46515-1486. For warranty service simply contact an authorized warranty service facility for an appointment, then deliver your motorhome (at your expense) to the authorized warranty service facility.

## EVENTS THAT DISCHARGE
## THOR MOTOR COACH'S OBLIGATIONS UNDER WARRANTY

Any motorhome used for rental purposes or sold or registered outside of the United States or Canada; transfer of the Limited Warranty beyond a second retail owner; misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (see Owner's Manual), damage caused by off-road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge TMC from any express or implied warranty obligation to repair any resulting defect.

## LEGAL REMEDIES

**EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE MUST BE FILED IN THE COURTS WITHIN THE STATE OF**

(PAGE 3 OF 4, REV. DATE 02/02/17)

 THOR MOTOR COACH'S LIMITED WARRANTY

## LEGAL REMEDIES, CONTINUED

MANUFACTURE, WHICH IS INDIANA.

ALSO, THIS LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. ANY AND ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS LIMITED WARRANTY, WHETHER SOUNDING CONTRACT, TORT OR STATUTE, SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.

THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.

THOR MOTOR COACH'S STRUCTURAL LIMITED WARRANTY 

## THIS STRUCTURAL LIMITED WARRANTY COVERS

(i) **ONLY** the first retail owner and any second retail owner of the NEW motorhome;

(ii) **ONLY** the structure of the **NEW** motorhome as defined under the section "What is Covered," when sold by an authorized dealership; and,

(iii) **ONLY** defects in workmanship performed and/or materials used to assemble the structure of your motorhome. "Defect" means the failure of the workmanship performed and/or materials used to conform the structure of the motorhome to the design and manufacturing specification and tolerances of Thor Motor Coach ("TMC").

The Structural Limited Warranty is not transferable beyond the second retail owner. The second retail owner's warranty coverage period shall be the unexpired balance of the warranty coverage period the first retail owner received. The second retail owner should complete and submit a **Registration and Acknowledgment of Receipt of Warranty and Product Information Form**, which can be found in this Warranty Guide.

## LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES

**UNLESS PROHIBITED BY LAW, THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY, WHICH ARISES BY OPERATION OF STATE LAW, IS LIMITED:**

(i) **TO THE DURATION OF THE STRUCTURAL LIMITED WARRANTY,**

(ii) **IN SCOPE OF COVERAGE TO THE STRUCTURE OF YOUR MOTORHOME,**

(iii) **DEFECTS EXISTING AT THE TIME OF SALE THAT SURFACED WITHIN THE DURATION OF THE IMPLIED WARRANTY OF MERCHANTABILITY; AND**

(iv) **DEFECTS THAT WERE DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY OR MERCHANTABILITY.**

**THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOT WITHSTANDING THE ABOVE PROVISIONS, TMC EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHERE THE MOTORHOME IS SOLD IN CANADA.**

There is no warranty of any nature made by TMC beyond that contained in this Structural Limited Warranty. No person has authority to enlarge, amend or modify this Structural Limited Warranty. The dealer is **NOT** TMC's agent. TMC is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Structural Limited Warranty.

Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

## DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES

**YOU, AS THE FIRST RETAIL BUYER OF THE MOTORHOME, AND ANY PERSON TO WHOM THE MOTORHOME IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM TMC ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME, INCLUDING FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE PRODUCT TO THE SERVICING DEALER, HOTEL ROOMS, LOST WAGES, AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW, AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL NOT BE DEPENDENT UPON WARRANTY REPAIRS SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE STRUCTURAL LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE.**

Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

# THOR MOTOR COACH'S STRUCTURAL LIMITED WARRANTY

## WHAT IS COVERED

The Structural Limited Warranty covers **ONLY** the steel or aluminum **frame structure** of the sidewalls (excluding slide outs), roof, rear wall, and front wall. It does not cover the exterior walls; it covers only the **frame structure** for the walls. The coverage ends twenty-four (24) months after the first retail owner takes delivery of the motorhome from an authorized dealership **OR** after the first 24,000 miles of use, whichever occurs first. **ANY ACTION FOR BREACH OF THIS TWENTY-FOUR (24) MONTH OR 24,000 MILE STRUCTURAL LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE COVERING THE STRUCTURE MUST BE COMMENCED NOT MORE THAN TWENTY-SEVEN (27) MONTHS AFTER THE BREACH.**

If the motorhome is not of the current or prior model year when the first retail owner takes delivery of the motorhome **OR** the motorhome has been registered in a business name or used for any commercial or business purposes other than for rental purposes, the Structural Limited Warranty ends ninety (90) days after the first retail owner takes delivery of the motorhome or after the odometer reaches 5,000 miles, whichever occurs first. If the motorhome has been registered in a business name or used for any commercial or business purpose, TMC disclaims any implied warranty of merchantability that may arise by operation of law. If the retail owner(s) has filed a federal, state, or provincial tax form claiming any business tax benefit related to the motorhome, it will be conclusively presumed the motorhome was used for commercial and/or business purposes. **ANY ACTION FOR BREACH OF THIS NINETY (90) DAY STRUCTURAL LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE COVERING THE STRUCTURE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

Unless prohibited by state or provincial law, repairs will not extend the time when you must commence a breach of warranty claim and shall not extend the Structural Limited Warranty coverage period. Some states and provinces do not allow a reduction of the time when a breach of warranty claim must be commenced, so this may not apply to you. Any performance of repairs after the Structural Limited Warranty coverage ends or any performance of repairs to those portions of your motorhome excluded from coverage by the Structural Limited Warranty shall be considered "good will" repairs. TMO may use new and/or remanufactured parts and/or components of substantially equal quality to complete a repair.

## REPAIR REMEDY

TMC's sole and exclusive obligation is to repair any covered defects discovered within the warranty coverage period if:

(1) within ten (10) days of your discovery of a defect you notify TMC or an authorized dealership of the defect;

(2) **AND** you deliver your motorhome to TMC or an authorized dealership (at your expense).

**BACK-UP REMEDY**

If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have TMO pay an independent service shop of your choice to perform repairs to the defect OR if the defect is incurable, have TMO pay diminution in value damages.

The repair remedy and the back-up remedy **MUST** both be exhausted **AND** these remedies must fail to fulfill their essential purpose before you can seek any legal or equitable relief.

**THIS STRUCTURAL LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE THE WARRANTY DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT INSTEAD REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.**

## HOW TO GET SERVICE

If you need assistance in locating an authorized warranty service facility, contact TMC's Warranty Department by calling (877) 855-2867. The mailing address is: P.O. Box 1486, Elkhart, IN 46515-1486. For warranty service simply contact an authorized warranty service facility for an appointment, then deliver your motorhome (at your expense) to the authorized warranty service facility.

(PAGE 2 OF 4, REV. DATE 02/02/17)

12

THOR MOTOR COACH'S STRUCTURAL LIMITED WARRANTY 

## EVENTS THAT DISCHARGE THOR MOTOR COACH'S OBLIGATIONS UNDER WARRANTY

Any motorhome used for rental purposes or sold or registered outside of the United States or Canada; transfer of the Limited Warranty beyond a second retail owner; misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (see Owner's Manual), damage caused by off-road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge TMC from any express or implied warranty obligation to repair any resulting defect.

## LEGAL REMEDIES

**EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE MUST BE FILED IN THE COURTS WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA. ALSO, THIS STRUCTURAL LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. ANY AND ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS STRUCTURAL LIMITED WARRANTY, WHETHER SOUNDING CONTRACT, TORT OR STATUTE, SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.**

**THIS STRUCTURAL LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.**

## EXAMPLES OF TMC STRUCTURE DEPICTIONS



TYPICAL ROOF STRUCTURE

Class A motorhome

Class C motorhome

TYPICAL SIDEWALL STRUCTURE

Class A motorhome

Class C motorhome

TYPICAL FLOOR STRUCTURE

Class A motorhome

Class C motorhome

Note: Depictions not shown to scale.

(PAGE 3 OF 4, REV. DATE 02/02/17)

THOR·MOTOR·COACH'S STRUCTURAL LIMITED WARRANTY

This page is intentionally blank.

## THOR MOTOR COACH'S COMPONENT SUPPLIER CONTACT LIST

| Component Part | | Vendor | Phone | Website |
|---|---|---|---|---|
| Air Conditioner | Heat Pump (Coleman-Mach) | Airxcel | 316-832-4357 | www.airxcel.com/coleman-mach |
| | Roof | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us |
| | Roof (Coleman-Mach) | Airxcel | 316-832-4357 | www.airxcel.com/coleman-mach |
| Antenna | Radio (Jensen) | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | Satellite | Winegard Company | 800-288-8094 | www.winegard.com |
| | Satellite / Sirius XM | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | TV, Over the Air | King Controls | 952-922-6889 | www.kingconnect.com |
| | | Winegard Company | 800-288-8094 | www.winegard.com |
| | TV Signal Booster | King Controls | 952-922-6889 | www.kingconnect.com |
| | | Winegard Company | 800-288-8094 | www.winegard.com |
| | Wi-Fi Extender | Winegard Company | 800-288-8094 | www.winegard.com |
| | Wi-Fi Router | | | |
| Automatic Transfer Switch | | Progressive Dynamics | 269-781-4241 | www.progressivedyn.com |
| Awning | Entry Door | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Girard Systems | 800-382-8442 | www.girardrv.com |
| | Patio | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Dometic Corporation | 303-469-3324 | www.carefreeofcolorado.com |
| | | Girard Systems | 800-382-8442 | www.girardrv.com |
| | Patio, Rear Wall | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | Slide Out Topper | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | Window | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| Battery Isolation Manager | | Precision Circuits Inc | 630-515-9100 | www.precisioncircuitsinc.com |
| Bed, Power Lift | | Happi-Jac | 801-544-2585 | www.happijac.com |
| | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Bedding | | Ascot Enterprises | 877-773-7751 | www.ascotent.com |
| | | Fabric Technologies Inc | 574-970-0986 | N/A |
| Bedroom Radio | | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Blind, Window Mini | | Ascot Enterprises | 877-773-7751 | www.ascotent.com |
| | | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| Camera | Back-Up | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | Rear View Safety Inc | 800-764-1028 | www.rearviewsafety.com |
| | Rear View | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | Rear View Safety Inc | 800-764-1028 | www.rearviewsafety.com |
| | Side View | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Carbon Monoxide and Propane Alarm, Combo | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| Ceiling Fan | | LaSalle Bristol | 800-718-7187 | www.lasallebristol.com |
| | | Trusty Products Inc | 574-264-4788 | www.trusty-products.com |
| Chair | Arm | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Barrel | | | |
| | Euro | Praxis Group | 888-373-3939 | www.patrickind.com |
| | Recliner | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| Chair, Captain (Driver) | | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Flexsteel | 563-556-7730 | www.flexsteel.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |

# THOR MOTOR COACH'S GOMPONENT SUPPLIER CONTACT LIST

| Component Part | | | Vendor | Phone | Website |
|---|---|---|---|---|---|
| Chair, Captain (Passenger) | | | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | | Flexsteel | 563-556-7730 | www.flexsteel.com |
| | | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| Coax Distribution | | | Furrion | 888 354 5792 | www.furrion.com |
| Converter | | | Magnum Energy | 425-353-8833 | www.magnum-dimensions.com |
| | (WFCO) | | Arterra | 877-294-8997 | www.wfcoelectronics.com |
| Cooktop | (Atwood) | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | (Cast Products) | | Dehco / Cast Products | 800-621-2278 | www.dehco.com |
| | (Dometic) | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | (High Pointe) | | Collins and Company | 574-848-1118 | www.collins-n-co.com |
| Countertop | Laminate | | Leading Edge Fabrication | 231-893-2605 | www.leadingedgefab.com |
| | | | Patrick Industries | 888-373-3939 | www.patrickind.com |
| | | | Mica Shop Inc | 574-533-1102 | www.micashop.com |
| | | | White Water Concepts Inc | 574-326-3292 | N/A |
| | Solid Surface | | AIA Countertops | 574-457-2018 | www.aiasolidsurface.com |
| | | | Mica Shop Inc | 574-533-1102 | www.micashop.com |
| Dash Radio | Multimedia Receiver, Touch Screen (Axxera) | | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | Xite (Sony) | | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Dishwasher | | | Westland Sales | 800-356-0766 | www.westlandsales.com |
| Distribution Panel | | | Firefly Integrations | 574-825-4600 | www.www.fireflyintegrations.com |
| Dryer, Stackable | | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| DVD / Blu-Ray Player | (Sony) | | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | 12V (Jensen) | | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Energy Management System | | | Precision Circuits Inc | 630-515-9100 | www.precisioncircuitsinc.com |
| Fire Extinguisher | | | Manufacturer and contact information listed on component part | | |
| Fireplace (Dimplex) | | | Wesco | 800-668-6663 | www.dimplex.com/en/ |
| Flooring | Carpet | | Shaw Industries | 800-441-7429 | www.shawfloors.com |
| | Linoleum | | Syntec Industries | 800-526-8428 | www.syntecind.com |
| | Tile | | Daltile | 877-556-5728 | www.daltile.com |
| Flush, Black Tank System | | | B & B Molders | 888-965-2244 | www.bandbmolders.com |
| Furnace / Heating System | | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | | Suburban | 423-775-2131 | www.airxcel.com/suburban/ |
| | Aqua-Hot 400D | | Aqua Hot | 800-685-4298 | www.aquahot.com |
| Generator | | | ONAN | 800-888-6626 | www.power.cummins.com/rv |
| | Auto-Start | | Magnum Energy | 425-353-8833 | www.magnum-dimensions.com |
| HDMI Distribution | | | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Hitch | Receiver | | Cequent Towing Products | 800-632-3290 | www.cequentgroup.com |
| | Tow | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Holding Tank Heater | | | Dehco / Cast Products | 800-621-2278 | www.dehco.com |
| Home Theater | Blu-Ray (Sony) | | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Horn, Air | | | Hadley Products | 616-530-1717 | www.hadleyadvantage.com |
| Inverter | | | Magnum Energy | 425-353-8833 | www.magnum-dimensions.com |
| | | | Xantrex | 800-670-0707 | www.xantrex.com |
| Ladder | Bunk | | Christianson Industries Inc | 269-663-8502 | N/A |
| | Exterior | | | | |

## THOR MOTOR COACH'S COMPONENT SUPPLIER CONTACT LIST

| Component Part | | | Vendor | Phone | Website |
|---|---|---|---|---|---|
| Leveling System | | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Lights | Exterior | | Command Electronics | 269-679-4011 | www.commandelectronics.com |
| | | | Gustason Lighting | 888-373-3939 | www.patrickind.com |
| | Interior | | Command Electronics | 269-679-4011 | www.commandelectronics.com |
| | | | Gustason Lighting | 888-373-3939 | www.patrickind.com |
| Load Center | 30 AMP | | Progressive Dynamics | 269-781-4241 | www.progressivedyn.com |
| | 50 AMP | | | | |
| Macerator Pump System | | | Pentair | 800-854-3218 | www.shurflo.com/rv-products/ |
| Mattress | | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | | Lippert Interiors | 574-537-8900 | www.lci1.com |
| | | | Mastercraft Inc | 800-522-5652 | www.innovationandvalue.com |
| Microwave | (Greystone) | | Way Interglobal Network | 574-971-4490 | www.wayinterglobal.com |
| | (High Pointe) | | Collins and Company | 574-848-1118 | www.collins-n-co.com |
| | (Whirlpool) | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Mirrors, Exterior Side View | Class A Motorhome | | Velvac | 800-783-8871 | www.velvac.com |
| | Class C Motorhome where applicable | | | | |
| | Class C Motorhome where applicable | | Chassis Manufacturer where applicable | | |
| Monitor Panel | Wall Mount | | KIB | 800-250-7051 | www.kib.us |
| Mudflap, Class A Motorhome only, where applicable | | | Future Sales | 574- 262-3688 | www.shoprv.parts/online/ |
| Multi-Plex Power Management | | | Firefly Integrations | 574-825-4600 | www.fireflyintegrations.com |
| Oven | | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| Paint, Full Body | | | Carrera Custom Painting | 574-295-7907 | www.carreracustomrvpainting.com |
| | | | Millenium Paint | 866-909-4473 | www.milleniumrvpainting.com |
| | | | Precision Painting | 866-909-4473 | www.precisionpaintingrv.com |
| Power Cord Reel | | | Glendinning Marine Products Inc | 843-399-6146 | www.glendinningprods.com |
| Shore Power Cord | 30 AMP | | Wesco | 866-746-3519 | www.buy.wesco.com |
| | 50 AMP | | Furrion | 574-537-8900 | www.lci1.com |
| Propane Tank | | | Manchester Tank | 615-370-6300 | www.manchestertank.com |
| | | | YSN Imports | 310-715-1122 | www.flameking.com |
| Ramp Door | | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| | | | MOR/ryde | 574-293-1581 | www.morryde.com |
| Range Hood | | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | | Dexter Door | 574-848-4491 | www.dexterdoor.com |
| | | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| Regulator, Propane | | | Fairview Fittings | 800-688-4088 | www.fairviewfittings.com |
| | | | Manchester Tank | 615-370-6300 | www.manchestertank.com |
| Refrigerator | (Dometic) | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | (Norcold) | | Norcold | 800-543-1219 | www.norcold.com |
| | (Pummell Drive) | | Mid-West Sales | 800-772-7262 | www.midwestsales.org |
| | | | Rumble Products | 574-262-2518 | N/A |
| | (Whirlpool) | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Remote Keyless Entry | | | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | | KIB Electronics | 800-250-7051 | www.kib.us |
| | | | Touch Tronics Inc | 800-294-2570 | www.touchtronics.com |

## THOR MOTOR COACH'S COMPONENT SUPPLIER CONTACT LIST

| Component/Part | | Vendor | Phone | Website |
|---|---|---|---|---|
| Roof | Fiberglass | Global Composites Inc | 574-522-9956 | www.globalcompositesinc.com |
| | Rubber | Dicor Products | 800-837-2059 | www.dicorproducts.com |
| | TPO | | | |
| Shade | Night, Windshield | United Shade | 877-262-0954 | www.unitedshade.com |
| | Patio Door, Power | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| | Roman | Ascot Enterprises | 574-773-7751 | www.ascotent.com |
| Shade, Window | Day/Night, Manual | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| | Day/Night, Power | | | |
| | Night, Manual | | | |
| | Night, Power | | | |
| | Day/Night | Specialty Window Covering | 615-807-1088 | www.specialtywindowcoverings.com |
| | Night | United Shade | 877-262-0954 | www.unitedshade.com |
| Slideout System | Hydraulic (In-Wall®) | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| | Rack and Pinion | | | |
| Sofa | Air Bed | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Hide-a-Bed | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | Jack Knife | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | J-Sofa | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | L-Shape | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Side Sleeper | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Sleeper | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Theater | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | Theater Seat | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Tri-Fold | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| Solar | Charging Controller Panel | Dehco / Tri-Star Distributing | 800-456-3340 | www.tristardistributing.com |
| Soundbar | (Connexx) | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | (JBL) | | | |
| | (ProScan) | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | (Seiki) | | | |
| | (Vizio) | | | |
| | (Yamaha) | Quest Audio Video | 574-293-1521 | www.questav.com |
| Screen, Patio Door | | Kinro | 574-537-8900 | www.lci1.com |
| Step, Entry | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Stereo, Wall Mount (Jensen) | | ASA Electronics | 877-305-0445 | www.asaelectronics.com |

## THOR MOTOR COACH'S COMPONENT SUPPLIER CONTACT LIST

| Component Part | | Vendor | Phone | Website |
|---|---|---|---|---|
| Television | (Axxera) | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | (GPX) | Mid-West Sales | 800-772-7262 | www.midwestsales.org |
| | (Jensen) | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | (LG) | Quest Audio Video | 574-293-1521 | www.questav.com |
| | (Sansui) | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | (Selki) | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | (Sony) | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Thermostat | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | | Suburban | 423-775-2131 | www.airxcel.com/suburban/ |
| Tire | Spare | HiSpec Wheel and Tire Inc | 574-807-8588 | www.hispecwheel.com |
| | Valve Extender | Dicor Products | 800-837-2059 | www.dicorproducts.com |
| | | Chassis Manufacturer, where applicable | | |
| Toilet | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | | Thetford | 800-543-1219 | www.thetford.com/products/ |
| Utility Center, Exterior (some models) | | Wesco | 866-746-3519 | www.buy.wesco.com |
| Vent, Roof | Manual | Ventline by Dexter | 574-848-4491 | www.ventline.com |
| | Power | | | |
| | (Fantastic) | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | (Maxxair) | Airxcel | 316-832-4357 | www.airxcel.com |
| Washer, Stackable | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Water Filter, House | | Intertek Distribution | 800-859-0076 | www.intertekdistribution.com |
| Water Heater | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | Tankless | Girard RV | 866-559-1221 | www.greenrvproducts.com |
| Water Pump | (SHURFLO®) | Pentair | 800-854-3218 | www.shurflo.com/rv-products/ |
| Water Valve | (Anderson KantLeak) | Anderson Brass Co | 800-476-9876 | www.andersonbrass.com |
| Window | | Hehr International | 574-935-5122 | www.hehrintl.com |
| | (Kinro) | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Windshield | Class A Motorhome only | Duncan Systems | 574-537-8900 | www.lci1.com |
| | Class A Motorhome only | Guardian Industries Corporation | 248-340-1800 | www.guardianglass.com |
| | Wipers | Diesel Equipment, Wiper Technologies Division | 800-222-7159 | www.dieselequipment.com |
| | Wiper System | Wexco Industries | 973-244-5777 | www.wexcoind.com |



This page is intentionally blank.

THOR MOTOR COACH'S PRODUCT REGISTRATION FORM 

## PRODUCT REGISTRATION FORM INSTRUCTIONS

**IMPORTANT! THE PURCHASER IS REQUIRED TO READ THIS DOCUMENT.** The selling dealership is not authorized by Thor Motor Coach (TMC) to deliver this vehicle until you, the purchaser, and the selling dealership have signed where indicated on both sides of this form. After completing both sides of this form, the selling dealership will:

1. Give a legible copy of the completed form to the purchaser.

2. Register the vehicle warranty online using TMC's Dealer Portal **OR** send a legible copy of both sides of this completed form to TMC within 15 days after vehicle delivery. Email to registrations@tmcrv.com, or fax to (574) 294-3816, or mail to Thor Motor Coach, PO Box 1486, Elkhart IN 46515-1486. Call (877) 855-2867 for assistance.

3. Retain the original form in your dealership records. (Note: This original form must be made available to TMC upon request.)

4. Purchaser email address REQUIRED for National Highway Transportation Safety Administration (NHTSA) compliance.

## VEHICLE INFORMATION (PLEASE PRINT)

TYPE (PLEASE CHECK APPROPRIATE BOX):   ☐ CLASS C MOTORHOME   ☐ CLASS A GAS MOTORHOME   ☐ CLASS A DIESEL MOTORHOME

ODOMETER   __ KM __ MILES     MODEL YEAR     MAKE / BRAND NAME     MODEL / FLOOR PLAN

17-DIGIT CHASSIS VIN     SERIAL NUMBER

## PURCHASER INFORMATION (PLEASE PRINT)

PURCHASER'S FIRST NAME     MI     LAST NAME     PURCHASER'S PHONE

PRINT PURCHASER'S EMAIL (REQUIRED)

CO-PURCHASER'S FIRST NAME (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)     MI     LAST NAME     CO-PURCHASER'S PHONE

CO-PURCHASER'S EMAIL (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)

PURCHASER'S STREET ADDRESS     CITY, STATE OR PROVINCE, ZIP OR POSTAL CODE     COUNTRY

PURCHASER'S MAILING ADDRESS (IF DIFFERENT FROM ABOVE)     CITY, STATE OR PROVINCE, ZIP OR POSTAL CODE     COUNTRY

## SELLING DEALERSHIP INFORMATION (PLEASE PRINT)

DEALER ACCT NO.     SELLING DEALERSHIP NAME     SELLING DEALERSHIP CITY, STATE OR PROVINCE, COUNTRY

SALESPERSON'S NAME     SALESPERSON'S PHONE NUMBER AND EXT.

(PAGE 1 OF 2, REV. DATE 02/02/17)

# THOR MOTOR COACH'S PRODUCT REGISTRATION FORM

## PURCHASER AND SELLING DEALERSHIP VEHICLE INSPECTION CHECKLIST

- [ ] Exterior and interior finish
- [ ] Operate all appliances (electrical and gas)
  - [ ] Furnace and thermostat (lighting and maintenance)
  - [ ] Range and oven (lighting and maintenance)
  - [ ] Water heater (lighting and maintenance)
  - [ ] Refrigerator (lighting and maintenance)
- [ ] Operate 120V generator (if so equipped)
- [ ] Operate all doors and windows, including locks

- [ ] Operate all plumbing facilities including water faucets, shower and toilet
- [ ] Observe or check to assure that all wheel lugs are tight and tire pressures are correct
- [ ] Review operation of manual or automatic propane gas regulator
- [ ] Operate air conditioner(s), stereo(s), entertainment system(s), and television(s)
- [ ] Complete review of TMC Owner Manual by dealer with owner
- [ ] Test drive vehicle
- [ ] Odometer reading as observed by customer is: [ | | | | | | ] __ KM __ MILES
- [ ] Dealer has answered all questions from new owner pertaining to this vehicle

I (the purchaser) have completed the above inspection with the selling dealership and have taken a test drive at the time of purchase. I note the following issues:

## PURCHASER AND SELLING DEALERSHIP MUST COMPLETE THE SECTION BELOW

**IMPORTANT!** The purchaser(s) and selling dealership signatures below indicate their understanding and acceptance of TMC's terms and conditions. Thor Motor Coach's Limited Warranty and Thor Motor Coach's Structural Limited Warranty will not be registered unless both sides of this Product Registration Form are completed and received by TMC within fifteen (15) days after vehicle delivery. Failure to file this Product Registration with TMC will not affect your rights under the applicable TMC limited warranty as long as you can present proof of purchase, but it can cause delays in obtaining the benefits of the applicable TMC limited warranty, and it may inhibit any servicing facility's ability to provide proper repairs and/or part replacement.

- Before I purchased my motorhome, I received, read and agreed to the terms and conditions of Thor Motor Coach's Limited Warranty.
- Before I purchased my motorhome, I received, read and agreed to the terms and conditions of Thor Motor Coach's Structural Limited Warranty.
- I understand and agree that the selling dealership is not an agent for TMC, but is an independent entity.
- I understand and acknowledge that the chassis and components and appliances that are covered by a warranty issued by their manufacturer are excluded from coverage under the terms of Thor Motor Coach's Limited Warranty.
- I acknowledge and agree that, before purchasing my motorhome, I inspected or was given an opportunity to inspect my motorhome, took a test drive of my motorhome, and disclosed in writing to the selling dealership all defects and damage that I discovered during my test drive.
- I (we) the purchaser(s) agree to receive emails, telephone calls, or other forms of contact from Thor Motor Coach.
- **I AGREE THAT ANY AND ALL ACTIONS OF ANY KIND RELATED TO OUR MOTORHOME SHALL BE DECIDED BY A JUDGE RATHER THAN BY A JURY.**

_____
DATE OF MOTORHOME DELIVERY TO PURCHASER (REQUIRED)

_____
PURCHASER SIGNATURE (REQUIRED)

_____
DATE SIGNED BY PURCHASER (REQUIRED)

_____
CO-PURCHASER SIGNATURE (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)

_____
DATE SIGNED BY CO-PURCHASER (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)

_____
SELLING DEALERSHIP SALES PERSON SIGNATURE (REQUIRED)

_____
DATE SIGNED BY SELLING DEALERSHIP SALES PERSON (REQUIRED)

(PAGE 2 OF 2, REV. DATE 02/02/17)

22

Cut on dotted line

THOR MOTOR COACH PURCHASER'S NOTES 

DATE          ODOMETER READING          DESCRIPTION

 THOR-MOTOR-COACH PURCHASER'S NOTES.

DATE        ODOMETER READING        DESCRIPTION

24

**Thor Motor Coach**

**PO Box 1486**

**Elkhart IN  46515-1486 USA**

**Customer Assistance Toll-Free (877) 855-2867 (EST-Indiana)**

**Visit thormotorcoach.com**

About Thor Motor Coach

Thor Motor Coach (TMC) is the only "Made to Fit" motorhome brand in North America. TMC's diverse product lineup includes many of the world's most recognized Class A and Class C motorhomes. As the industry leader in innovative design, TMC builds a variety of unique styles, sizes and floor plans that feel custom-made -- at a truly competitive price. For more information, visit ThorMotorCoach.com or call 800-860-5658.

TMC Part Number 0391818                                    Rev. Date 2017-Q2

# COMPOSITE

# EXHIBIT "C"



**Lazydays**
THE RV AUTHORITY.

Lazydays
6130 Lazydays Boulevard
Seffner FL USA 33584-2968
Phone #:(800) 626-7800
Fax #: (813) 246-5463

Invoice Number: 19215393A
Tag Number: E13180
Date and Time In: 6/9/2016 - 10:50 AM
Date and Time Out: 6/20/2016 - 3:43 PM
Promised Date - Time: 6/9/2016 - 10:50 AM
Cashed Out Date: 6/17/2016 - 12:28 PM
Date Appointment Initiated: 6/9/2016
Service Advisor: (3674) William Bleck

DALE SCHAMP                    6135241
MERRITT ISLAND FL 32952

Veh Info: 1024681    17 Thor Motor Coac Four Winds C Pacifica
Serial Numbers: 1FDUF5GT8GEC06821          FCE35SB0005824

In-Srv: 6/4/2016    Miles/Hrs In: 1489  Out: 1489  Plate #:
Color  Ex Pacifica                        Int: Key Largo II

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | Qty Ret Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.50 | GEC06821 | B0005824 | 1920 | CLD Delivery Policy Charge | | | | |

House Batteries- c/s  The RV was plugged into an electrical line that was shut off and therefore the batteries were dead because all the under carriage
lights were left on. We were told the batteries would recharge and fix the issue with the radio/backup camera and they did not. I asked for the batteries to
be replaced and stated once batteries go dead they are not the same.... so we want new batteries. I was told by Derek that we would get new batteries if the
backup camera did not work off coach -
CORRECTION: check and got the batt. .5 to 1920

SRM27            Battery, Deep Cycle                          2.00                                          INC

| | | | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.00 | GEC06821 | B0005824 | | CLD Delivery Retail | | | | | |

Repair 2 has been moved to Invoice 19215393B----Several window screens fell out on the way home. We need the screens and their attachment
mechanisms (metal triangular clips for the a few ) and the entire screen for the bunk bed window since the screen is missing the plastic parts to attach the
screen to the window frame, also need window handle
CAUSE: Repair 2 has been moved to Invoice 19215393B
CORRECTION: Repair 2 has been moved to Invoice 19215393B

| | | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0.00 | GEC06821 | B0005824 | | CLD Delivery Retail | | | | | |

Repair 3 has been moved to Invoice 19215393B----Needs to go to Gator Ford..c/s  This unit comes with two fuel tanks and the front tank does not fill. We
thought the tanks was just skipped on filling. The tech struggled to get 1-2 gallons of fuel because fuel comes back out of the fill port. My guess is the vent
value is broke or the fuel fill line is blocked. The two gallons he did get in did cause the tank gauge to rise slightly to indicate guages do work. Once that's
fixed and I'm in area you owe a me a tank of diesal
CAUSE: Repair 3 has been moved to Invoice 19215393B
CORRECTION: Repair 3 has been moved to Invoice 19215393B

| | | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0.20 | GEC06821 | B0005824 | | CLD Delivery Policy Charge | | | | | |

c/s--The radio/camera powers up while connected to shore or generator NOT at all while when in I really need it to work during driving. We found we had
to leave generator on to use camera
CORRECTION: tested radio , check wire and fusees. found fuse bad. replace and tested. all working good. .2 to 1920

Printed On : 11/28/2016  12:53:34 PM

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | | | |
| Description | | | | | Qty Ret. Price | Savings | Selling Price | Ext Discount Ext Price | | |

**Parts Total:**      **Labor Total:** INC   **Job Total:**

5   0.00   GEC06321   B0005824      CLD Delivery Retail      $0.00

Repair 5 has been moved to Invoice 19215398B----c/s--Couch cushion was not sitting right so I discover the velcro was ripped from the fabric so this needs replaced

CAUSE: Repair 5 has been moved to Invoice 19215398B

CORRECTION: Repair 5 has been moved to Invoice 19215398B

**Parts Total:**      **Labor Total:** $0.00   **Job Total:**

6   0.50   GEC06321   B0005824      CLD Delivery Warranty      $0.00

c/s-- d/side 3rd compt - set latch to close tighterThe storage area where the new grill is stored has a major leak as the box for the grill is soaked and falling apart. (New seal or door adjustment should do it

CAUSE: Bent hinge

CORRECTION: Top hinge was bent outwards. Attempted to bend it back in place, but feared mounting structure give. Customer was in a hurry to leave; Rodney suggested adding weather stripping for now. Customer agreed. Added weatherstripping to top of door where existing stripping was not making contact. S251 0.5 hrs 6/11/15

W38316      Seal, Ribbed 3/8 X 3/16 C3113      5.00      INC

**Parts Total:** INC   **Labor Total:** INC   **Job Total:** INC

7   0.00   GEC06321   B0005824      CLD Delivery Retail

Repair 7 has been moved to Invoice 19215398B----c/s--Sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Billy has a picture of that. Drawer needs replaced

CAUSE: Repair 7 has been moved to Invoice 19215398B

CORRECTION: Repair 7 has been moved to Invoice 19215398B

**Parts Total:**      **Labor Total:** $0.00   **Job Total:**

8   0.00   GEC06321   B0005824      CLD Delivery Retail      $0.00

Repair 8 has been moved to Invoice 19215398B----c/s--The entrance door frame is completely bent (looks like to make door seal) and allows water and air noises going down road, need to put sealant in gaps until new frame work is ordered.

CAUSE: Repair 8 has been moved to Invoice 19215398B

CORRECTION: Repair 8 has been moved to Invoice 19215398B

**Parts Total:**      **Labor Total:** $0.00   **Job Total:** $0.00

9   0.20   GEC06321   B0005824      CLD Delivery Warranty

c/s--leveling panel beeps when taking off shore power.

CORRECTION: ret the levels and calibrated jacks. .2 to 1920

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | | | | |
|--------|-----|-----|-----------|--------|------|---|---|---|---|---|---|
| Description | | | | | | Qty | Ref. Price | Savings | Selling Price | Ext Discount | Ext Price |
| | | | | Parts Total: | | | Labor Total: | | INC | Job Total: | $0.00 |
| 10 | 0.40 | GEC05821 | E0005824 | | CLD Delivery Warranty | | | | | | |

screws are stripped off on the center standoffs on the ladder
CAUSE: Stripped screws
WARR PAID .4 LABOR- KB
CORRECTION: Removed and placed screws with larger size.  5261 0.3 hrs 6/11/16

| | | | Parts Total: | | Labor Total: | | INC | Job Total: | $0.00 |
|---|---|---|---------------|---|---------------|---|-----|------------|-------|

465        R#19215398A



**Lazydays**
6130 Lazydays Boulevard
Seffner FL USA 33584-2968
Phone #: (800) 626-7800
Fax #: (813) 246-5463

Invoice Number: 19215398B
Tag Number: B16973
Date and Time In: 8/22/2016 - 12:03 PM
Date and Time Out: 8/31/2016 - 3:48 PM
Promised Date - Time: 8/22/2016 - 10:30 AM
Cashed Out Date: 11/12/2016 - 10:09 AM
Date Appointment Initiated: 6/11/2016
Service Advisor: (5337) Shawn Glasgow

DALE SCHAMP                    4135241
MERRITT ISLAND FL  32952

Veh Info: 1024681   17 Thor Motor Coac Four Winds C  Pacifica
Serial Numbers: 1FDUF5GT8GEC06821      FCB355B0005824

In-Srv: 6/4/2016   Miles/Hrs In: 2478  Out: 2478  Plate #:
Color ExPacifico      Int: Key Largo II

| Repair Description | Hrs | VIN | Second VIN | Meth # | Type | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.00 | GEC06821 | B0005824 | | CLD Delivery Retail | | | | | | |

Repair 1 has been moved to Invoice 19215398D---Several window screens fell out on the way home. We need the screens and their attachment mechanisms (metal triangular clips for the a few ) and the entire screen for the bunk bed window since the screen is missing the plastic parts to attach the screen to the window frame. also need window handle
CAUSE: Repair 1 has been moved to Invoice 19215398D
CORRECTION: Repair 1 has been moved to Invoice 19215398D

Parts Total:                    Labor Total:        $0.00   Job Total:            $0.00

| 2 | 0.00 | GEC06821 | B0005824 | | CLD Delivery Warranty |

Needs to go to Gator Ford..c/s  This unit comes with two fuel tanks and the front tank does not fill. We thought the tanks was just skipped on filling. The tech struggled to get 1-2 gallons of fuel because fuel comes back out of the fill port. My guess is the vent valve is broke or the fuel fill line is blocked. The two gallons he did get in did cause the tank guage to rise slightly to indicate guages do work. Once that's fixed and I'm in even you owe a mo a tank of diesel - [RC (NI) ]
CAUSE: [RC (NI)  No Job]
CORRECTION: [RC (NI)  No Job]

Parts Total:                    Labor Total:        INC    Job Total:            $0.00

| 3 | 0.00 | GEC06821 | B0305824 | | CLD Delivery Retail |

Repair 3 has been moved to Invoice 19215398D---.c/s--Couch cushion was not sitting right so I discover the velcro was ripped from the fabric so this needs replaced
CAUSE: Repair 3 has been moved to Invoice 19215398D
CORRECTION: Repair 3 has been moved to Invoice 19215398D

Parts Total:                    Labor Total:        $0.00   Job Total:            $0.00

| 4 | 0.00 | GEC06821 | B0005824 | | CLD Delivery Retail |

Repair 4 has been moved to Invoice 19215398D---.c/s--Sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Billy has a picture of that. Drawer needs replaced
CAUSE: Repair 4 has been moved to Invoice 19215398D
CORRECTION: Repair 4 has been moved to Invoice 19215398D

| Repair Description | Hrs | VIN | Second VIN | Mech # | Type | Qty | Ret Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

5   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
                                              CLD Delivery Retail

Repair 5 has been moved to Invoice 19215398D---c/s--The entrance door frame is completely bent (looks like to make door seal) and allows water and air noises going down road, need to put sealent in gaps until new fixme work is ordered.
CAUSE: Repair 5 has been moved to Invoice 19215398D
CORRECTION: Repair 5 has been moved to Invoice 19215398D

6   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
QC8/Inspection Drop                                   Service Retail

7   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
                                             CLD Delivery Retail

Repair 7 has been moved to Invoice 19215398D---C/S AWNING RETRACTING REALLY SLOW
CAUSE: Repair 7 has been moved to Invoice 19215398D
CORRECTION: Repair 7 has been moved to Invoice 19215398D

8   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
                                             CLD Delivery Retail

Repair 8 has been moved to Invoice 19215398D---C/S LOOKS LIKE POTENTIAL CRACKS IN CORNERS OF CAB OVER
CAUSE: Repair 8 has been moved to Invoice 19215398D
CORRECTION: Repair 8 has been moved to Invoice 19215398D

9   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
                                             CLD Delivery Retail

Repair 9 has been moved to Invoice 19215398C---C/S SEALS AT TOP AND BOTTOM OF D/S S/O LOOK LIKE ITS COMING OUT
CAUSE: Repair 9 has been moved to Invoice 19215398C
CORRECTION: Repair 9 has been moved to Invoice 19215398C

10   0.00   GEC06821   B0005824    Parts Total:      Labor Total:   $0.00   Job Total:     $0.00
                                             CLD Delivery Retail

Repair 10 has been moved to Invoice 19215398D---C/S AWNING LEAKS BETWEEN TRACK AND COACH
CAUSE: Repair 10 has been moved to Invoice 19215398D
CORRECTION: Repair 10 has been moved to Invoice 19215398D

| Repair – Hrs Description | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|

| 11 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

CLD Delivery Retail
Repair 11 has been moved to Invoice 19215398D----C/S JACKS CONTINUOUSLY BEEPING WHEN IGNITION STARTED
CAUSE: Repair 11 has been moved to Invoice 19215398D
CORRECTION: Repair 11 has been moved to Invoice 19215398D

| 12 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

CLD Delivery Warranty
C/S WHEN USING SHOWER ITS LEAKING FROM SOMEWHERE ONTO FLOOR

| 13 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |

CLD Delivery Retail
Repair 13 has been moved to Invoice 19215398C----C/S VENTS NOT BLOWING GOOD AIR ON COACH A/C SEEM BLOCKED
CAUSE: Repair 13 has been moved to Invoice 19215398C
CORRECTION: Repair 13 has been moved to Invoice 19215398C

| 14 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

CLD Delivery Retail
Repair 14 has been moved to Invoice 19215398D----C/S LANOLEUM CUT TO SHORT AND COMING UP AT TOP OF STAIRS
CAUSE: Repair 14 has been moved to Invoice 19215398D
CORRECTION: Repair 14 has been moved to Invoice 19215398D

| 15 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

CLD Delivery Retail
Repair 15 has been moved to Invoice 19215398D----C/S D/S FWD DINETTE WINDOW VIBRATING OPEN WHILE DRIVING
CAUSE: Repair 15 has been moved to Invoice 19215398D
CORRECTION: Repair 15 has been moved to Invoice 19215398D

| 16 | 0.00 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

CLD Delivery Retail
Repair 16 has been moved to Invoice 19215398D----C/S BREAKER UNDERNEATH MASTER BED KEEPS TRIPPING
CAUSE: Repair 16 has been moved to Invoice 19215398D
CORRECTION: Repair 16 has been moved to Invoice 19215398D

| Repair Description | Hrs | VIN | Second VIN | Mech # | Type | Qty | Est. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

Parts Total:

Labor Total:     $0.00    Job Total:        $0.00

445          R#19215393D



**Lazydays**
6130 Lazydays Boulevard
Seffner FL USA 33584-2968
Phone #: (800) 626-7800
Fax #: (813) 246-5463

Invoice Number: 15215398C
Tag Number: E16973
Date and Time In: 8/22/2016 - 12:03 PM
Date and Time Out: 8/30/2016 - 1:33 PM
Promised Date - Time: 8/22/2016 - 10:50 AM
Cashed Out Date: 8/30/2016 - 1:33 PM
Date Appointment Initiated: 8/30/2016
Service Advisor: (5337) Shawn Glasgow

DALE SCHAMP                          4135241
MERRIT ISLAND FL  32952

Veh Info: 1024681  17 Thor Motor Coac Four Winds C  Pacifica
Serial Numbers: 1FDUF5GT8GEC06821       FCE35SB0005824

In-Srv: 6/4/2016        Miles/Hrs In: 2478  Out: 2478  Plate #:
Color  Ex:Pacifica                        Int: Key Largo II

| Repair | Hrs | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | | | | | | | |
| 1 | 0.50 | GEC06821 | B0005824 | 5264 | CLD Delivery Warranty | | | | | | |

C/S SEALS AT TOP AND BOTTOM OF D/S S/O LOOK LIKE TITS COMING OUT
CAUSE: excess seal
CORRECTION: customer showed me what he was talking about. there was excess seal coming out from both sides of the slideout so i cut some excess of the seal off. .5 5264 08/23/2016

|  |  |  |  |  | Parts Total: |  | Labor Total: | INC | Job Total: |  | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.50 | GEC06821 | B0005824 | | CLD Delivery Warranty | | | | | | |

C/S VENTS NOT BLOWING GOOD AIR ON COACH A/C SEEM BLOCKED
CAUSE: gap between the return
CORRECTION: took off the air box and saw that there was a gap that was causing the airflow to only go to one side. so i sealed the gap with ac tape, and put the divider the correct way. now the ac is flowing correctly. .5 5264 08/23/2016

Parts Total:        Labor Total:        INC    Job Total:        $0.00

645        R#19215398C



**Lazydays**
THE RV AUTHORITY

Lazydays
6130 Lazydays Boulevard
Seffner, FL USA 33584-2968
Phone #: (800) 626-7800
Fax #: (813) 246-5463

Estimate Number: 19215398D
Tag Number: B16973
Date and Time In: 8/22/2016 - 12:03 PM
Date and Time Out: 8/22/2016 - 12:00 PM
Promised Date - Time: 8/22/2016 - 10:30 AM
Cashed Out Date:
Date Appointment Initiated: 8/31/2016
Service Advisor: (5337) Shawn Glasgow

DALE SCHAMP                4135241
MERRITT ISLAND FL   32952

Veh Info: 1024681   17 Thor Motor Coac Four Winds C  Pacifica
Serial Numbers: 1FDUF5GT8GEC06821      FCE35SB0005824

In-Srv: 6/4/2016       Miles/Hrs In:          Out:        Plate #:
Color ExPacifica                          Int: Key Largo II

| Repair Hrs | VIN | Second VIN | Mech # | Type | Qty | Rot. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | | | | | | |

1   0.30   GEC06821   B0005824   1920       CLD Delivery Warranty
Several window screens fell out on the way home. We need the screens and their attachment mechanisms (metal triangular clips  for the a few ) and the entire screen for the bunk bed window since the screen is missing the plastic parts to attach the screen to the window frame. also need window handle
CORRECTION: part on order
     241334          Clip, Window Screen
                                                          3.00
                                                                                                                      INC

2   1.00   GEC06821   B0005824   1920          Parts Total:      INC     Labor Total:      INC   Job Total:           INC
                                                      CLD Delivery Warranty
c/s--Couch cushion was not sitting right so I discover the velcro was ripped from the fabric so this needs replaced
CORRECTION: part on order

3   0.60   GEC06821   B0005824       Parts Total:          Labor Total:      INC   Job Total:          $0.00
                                                      Cabinet Shop Policy Charge
c/s--Sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Billy has a picture of that. Drawer needs replaced
CORRECTION: note for file   had to add screws  on base of back holders. remove reawer, added screews install all and tested. all working good.  .6 to
1920

4   0.30   GEC06821   B0005824       Parts Total:          Labor Total:      INC   Job Total:          $0.00
                                                      CLD Delivery Warranty
c/s--The entrance door frame is completely bent (looks like to make door seal) and allows water and air noises going down road, need to put sealant in gaps until new frame work is ordered.
CORRECTION: seal door frame

5   0.00   GEC06821   B0005824       Parts Total:          Labor Total:      INC   Job Total:          $0.00
                                                      CLD Delivery Warranty
C/S AWNING RETRACTING REALLY SLOW

Printed On : 11/28/2016   12:36:28 PM

| Repair – Hrs – VIN   Second VIN   Mech # | Type | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|

**Parts Total:**  **Labor Total:**  INC  **Job Total:**  $0.00

6   6.00   GEC06821   B0005324   SVC – Body Shop Warranty
APPR//6.00//DH//254514   C/S LOOKS LIKE POTENTIAL CRACKS IN CORNERS OF CAB OVER
CAUSE: [RC (Body shop-01) estimate]
CORRECTION: [RC (Body shop-01) estimate]

PS   PAINT SUPPLIES   1.00   INC

BSS   Body Shop Supplies   1.00   INC

**Parts Total:** INC   **Labor Total:** INC   **Job Total:** INC

7   0.00   GEC06821   B0005324   CLD Delivery Warranty
C/S AWNING LEAKS BETWEEN TRACK AND COACH

**Parts Total:**   **Labor Total:**   INC   **Job Total:**   $0.00

8   0.00   GEC06821   B0005324   CLD Delivery Warranty
C/S JACKS CONTINUOUSLY BEEPING WHEN IGNITION STARTED

**Parts Total:**   **Labor Total:**   INC   **Job Total:**   $0.00

9   0.00   GEC06821   B0005324   Cabinet Shop Warranty
C/S LANOLEUM CUT TO SHORT AND COMING UP AT TOP OF STAIRS
CAUSE: [RC (Floor-01) estimate]
CORRECTION: [RC (Floor-01) estimate]

**Parts Total:**   **Labor Total:**   INC   **Job Total:**   $0.00

10   0.00   GEC06821   B0005324   CLD Delivery Warranty
C/S D/S FWD DINETTE WINDOW VIBRATING OPEN WHILE DRIVING

**Parts Total:**   **Labor Total:**   INC   **Job Total:**   $0.00

11   0.00   GEC06821   B0005324   CLD Delivery Warranty
C/S BREAKER UNDERNEATH MASTER BED KEEPS TRIPPING

*Printed On : 11/28/2016  12:56:28 PM*

| Repair Description | Hrs | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  | Parts Total: |  | Labor Total: | INC | Job Total: |  | $0.00 |

445

R²19215398D



11/22/16 Same model / release
TAG BYRDS3

CAMPING WORLD RV SALES - COCOA
4700 HWY 520
COCOA FL
US
32926
(PH) 321-504-6500   (FAX) 270-438-4885

CUSTOMER WORK ORDER # 10525

WO Date: 13 OCT 16
Tag#: 2108
Author: TRAVIS COLLINS
Stock No:
Year: 2017
Manufacturer: THOR
Brand: FOURWINDS
Model: 35SB
Length:
Serial#:
Chassis#: 1FDUF5GT3GEC06821
Miles/Hrs: 3257
Purchased Date:
Warranty Date:
Date In: 13 OCT 16

First Name: SCHAMP
Customer Name: 2358563 - DALE, SCHAMP
Address:
MERRITT ISLAND, FL
Postal/Zip: 32952
Phone#(res):
Phone#(bus):
Cell Phone:
ExtW Co:
ExtW No:
Email:
Promised Date: 05 DEC 16
Completed Date:
Invoice#:

*****************************************************************************

| Job # | Description | JOB INFORMATION |
|---|---|---|
| 0 | WARRANTY THOR | |
| | CUSTOMER STATES FRONT LIVING ROOM SLIDE WATER LEAK BEHIND DRIVER SEAT AT FLOOR// | |
| 2 | CUSTOMER STATES DRIVER SIDE COMPARTMENT 4&5 FROM THE FRONT WILL LOCK BUT YOU CAN STILL PULL OPEN// | |
| 3 | CUSTOMER STATES REAR LADDER IS COMING LOOSE FROM UNIT// | |
| 4 | CUSTOMER STATES PASSENGER REAR COMPARTMENT LOCKS BUT CAN STILL BE PULLED OPEN// | |
| 5 | CUSTOMER STATES AWNING LEAKS AT GUTTER IN MIDDLE// | |
| 6 | CUSTOMER STATES FRONT PASSENGER SIDE CAP HAS STRESS CRACKS AND PAINT CHIPS// | |
| 7 | CUSTOMER STATES FLOOR AT ENTRY STEPS IS CUT TO SHORT // | |
| 8 | CUSTOMER STATES ENTRY DOOR FRAME AT RIGHT SIDE HAS BOWED OUT CAN SEE LIGHT BY STRIKER PLATE// | |
| 9 | CUSTOMER STATES LEVELING SYSTEM PANEL WILL NOT POWER ON// | |
| 10 | CUSTOMER STATES SHOWER LEAKS UNDER SHOWER PAN AT LEFT CORNER// | |
| 11 | CUSTOMER STATES SOFA CUSHION VELCRO HAS RIPPED OFF, LEFT SIDE, BACK REST// | |
| | CUSTOMER STATES BUNK HOUSE BOTTOM SCREEN FOR WINDOW WILL NOT STAY IN | |

Continued on page 2

PAGE 2

Work Order : 10525

PLACE ,KEEPS FALLING OFF//
CUSTOMER STATES CABINET DRAWER UNDER
BUNK HOUSE BED HAS DAMAGE TO WOOD ,
WANTS PRICE TO REPLACE, NEED PICTURES
AND MESSURMENTS OF DRAWER FRONT//

14     CUSTOMER STATES PASSENGER SIDE REAR MUD
FLAP IS FALLING OFF UNIT , COMING
LOOSE//

15     CUSTOMER STATES PASSENGER SIDE REAR MUD
FLAP IS COMING LOOSE FROM UNIT BURNING
HOLE IN FLAP//

16     CUSTOMER STATES POCKET DOOR IN BACK
BEDROOM IS STICKING ,DRIVER SIDE//

*******************************************************************
Excode   Job#   Description     EXTRAS          Qty    Price    Total
*******************************************************************

| Excode | Job# | Description | Qty | Price | Total |
|--------|------|-------------|-----|-------|-------|
| SS2 | 13 | SHOP SUPPLIES | | | |
| CWP | 10 | 4048892/60998/SIKASIL CLEAR | 1.00 | 0.00 | 0.00 |
| CWP | 10 | 4048892/60998/SIKASIL CLEAR | 1.00 | W | -N/C- |
| | | | 1.00 | W | -N/C- |

Parts Total:    0.00
Labour Total:    0.00
Sublet Total:    0.00
Extras Total:    0.00
Work Order Total:    0.00

DATE VEHICLE DROPPED OFF_____

DATE OF APPOINTMENT_____

REPAIR COMPLETION DATE_____

OWNER NOTIFIED OF COMPLETION @ TIME_____DATE_____

DATE RELEASED/COLLECTED_____

I/WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL AND I/WE
HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE
INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM
THAT THE REQUESTED WORK HAS BEEN COMPLETED TO MY/OUR SATISFACTION.
DEALER REGISTRATION MV92014

SIGNATURE OF OWNER _____



| Repair<br>Description | VIN | Second VIN | Mech # | Type<br>Qty Est Price | Savings | Labor<br>Selling Price | Discount<br>Ext Discount | Total<br>Ext Price |
|---|---|---|---|---|---|---|---|---|
| opened awning and caulke rain union | | | | | | | | |

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**8**     GEC06821     B0005824     C/S JACKS CONTINUOUSLY BEEPING WHEN IGNITION STARTED     CLD Delivery Warranty     INC     INC     INC

CORRECTION: no Job. Tested Jacks several times and autolevel and retreat. No alarm unless put in gear with Jack down. Normal beeps when jacks down

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**9**     GEC06821     B0005824     APPR/2.00/DH/281595     C/S LANOLEUM CUT TO SHORT AND COMING UP AT TOP OF STAIRS.     Cabinet Shop Warranty     INC     INC     INC

CAUSE: [RC (Floor-01)  estimate]
CORRECTION: 5517 time .80
remove trim, removed step. cut excess wood off. reinstalled carper and trim  reinstalled step

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**10**     GEC06821     B0005824     C/S D/S FWD DINETTE WINDOW VIBRATING OPEN WHILE DRIVING     CLD Delivery Warranty     INC     INC     INC
CORRECTION: shook window no fault found

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**11**     GEC06821     B0005824     C/S BREAKER UNDERNEATH MASTER BED KEEPS TRIPPING     CLD Delivery Warranty     INC     INC     INC
CAUSE: Need more explaination
CORRECTION: tested whole electrical system with no faults

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**12**     GEC06821     B0005824     C/S that the rear roof ladder 2nd step left side bolts coming out all four     Service Retail     $74.50     $0.00     $74.50
CORRECTION: 5517 time.50
pulled ladder and tightened all mount supports reinstalled ladder and tested

Parts Total:     Labor Total:     $74.50     Job Total:     $74.50

**13**     GEC06821     B0005824     C/S that the rear roof ladder 2nd step right side bolts coming out all four     Service Retail     $0.00     $0.00     $0.00
CORRECTION: repaired under the line 12

Parts Total:     Labor Total:     $0.00     Job Total:     $0.00

**14**     GEC06821     B0005824     APPR/0.50/DH/283560     C/S that the exterior refrigerator sink floor linoleum has no floor border to keep from peeling up.     Cabinet Shop Warranty     INC     INC     INC
CAUSE: [RC (Floor-04)  estimate]
CORRECTION: [RC (Floor-04)  estimate]

Measured the length from wall to wall cut a piece of trim to fit nailed it to the linoleum putty the holes clean debris... 1/26/17 ...5589 ..0.5hr

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**15**     GEC06821     B0005824     C/S that the exterior refrigerator sink middle drawer missing mounting screws in bracket to rear left and right side.     Service Retail     $14.50     $0.00     $14.90
CORRECTION: 5517 time .10
installed missing screws

Parts Total:     Labor Total:     $14.90     Job Total:     $14.90

**16**     GEC06821     B0005824     C/S that the exterior refrigerator sink middle drawer mounting wood frame cracked in rear needs replaced.     Cabinet Shop Warranty     INC     INC     INC
CORRECTION: 5517 time .10
installed missing screws

Parts Total:     Labor Total:     INC     Job Total:     $0.00

**17**     GEC06821     B0005824     Service Retail     $14.90     $0.00     $14.90

| Repair | VIN | Second VIN | Week # | | Type | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | Qty | Ret. Price | Savings | Selling Price | Labor | Discount | | Total |
| | | | | | | | | Ext Discount | Ext Price | | |

C/S that the exterior refrigerator sink right side drawer missing mounting screws in bracket to rear left end right side.
CORRECTION: 5517 time .10
installed missing screws

| 18 | GEC05321 | B0005324 | Parts Total: | | Labor Total: | Cabinet Shop Warranty | $14.90 | Job Total: | | | $14.90 |

C/S that the exterior refrigerator sink rightside drawer mounting wood frame cracked in rear needs replaced.
CORRECTION: 5517 time .1
repaired cracked wood

| | | | | | | INC | | INC | INC | INC |

| 19 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |

C/S that the exterior rv door leaks at upper seam on interior door frame , locking mechanism missing two screws both locks
CORRECTION: 5517 time 5
replaced compartment seal and sealed seam

| | | | Service Retail | | | $74.50 | $0.00 | $74.50 |

| W3812 | | Seal, D Smooth 3/8 X 1/2 Black | | | | | | |
| W3812 | | warranty returned | 100.00 | $1.56 | $0.00 | $1.56 | $0.00 | $156.00 |
| | | | 0.00 | $1.56 | $0.00 | $1.56 | $0.00 | $0.00 |

| 20 | GEC06321 | B0005324 | 5517 | Parts Total: | $156.00 | Labor Total: | $74.50 | Job Total: | | $230.50 |

C/S that the exterior rv door leaks at upper seam on interior door frame attached to coach and missing screw on right side upper corner 2 screws missing
CORRECTION: 5517 time .50
r&r compartment seal and installed missing screws

| | | | Service Retail | | | $74.50 | $0.00 | $74.50 |

| 21 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | | $74.50 | Job Total: | | $74.50 |

C/S that the exterior rv door seal is crushed and cracked, lower door frame is loose.
CORRECTION: 5517 time .50
r&r compartment seal

*leaks*

| | | | Service Retail | | | $29.80 | $0.00 | $29.80 |

| 22 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | | $29.00 | Job Total: | | $29.80 |

C/S that the far left passenger side exterior storage box under carriage missing two screws also locking mechanism looking two screws.
CORRECTION: 5517 time.10
tightened two loose screws and install missing screws

*leaks*

| | | | Service Retail | | | $14.90 | $0.00 | $14.90 |

| 23 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | | $14.90 | Job Total: | | $14.90 |

C/S that the left passenger side over exhaust pipe storage box missing screws.
CORRECTION: 5517 time .10
installed missing screws

*leaks*

| | | | Service Retail | | | $14.90 | $0.00 | $14.90 |

| 24 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | | $14.90 | Job Total: | | $14.90 |

C/S that the top left door frame, both door hinges missing middle attachment screws, door locking mechanism and door hinge interlog screws.
CORRECTION: screws installed no fault found

| | | | Service Retail | | | $74.50 | $0.00 | $74.50 |

| 25 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | | $74.50 | Job Total: | | $74.50 |

C/S that the left passenger storage box left of entrance door missing screws for door hinge and locking mechanism.
CORRECTION: screws installed no fault found

| | | | Service Retail | | | $14.90 | $0.00 | $14.90 |

| 26 | GEC06321 | B0005324 | Parts Total: | | Labor Total: | $14.90 | Job Total: | | $14.90 |

C/S that the locking mechanism rubber gasket leaks water into storage compartment
CORRECTION: no leaks found after testing

| | | | Service Retail | | | $0.00 | $0.00 | $0.00 |

| | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | | $0.00 |

Printed On : 2/4/2017  7:31:09 AM
Customer Copy

Repairs added after the customer copy is printed Off &
Groups Included in Other Charges.        Page 3 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty | Ref. Price | Savings | Labor Selling Price | Discount Nat Discount | Total Est Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | GEC06821 | B0005824 | | Service Retail | | | | $44.70 | $0.00 | $44.70 |

C/S that the Left rear duel tires front mud flap bolts do not stay tight thus vibrate loose and burned through flap.
CORRECTION: 5517 time .50
cut and replaced mud flap and secured to chassis

| | FW/100093 | Flap, Mud 29in X 36in | | | 1.00 | $24.63 | $0.00 | $24.63 | $0.00 | $24.63 |
| | FW/100093 | warranty returned | | | 0.00 | $24.63 | $0.00 | $24.63 | $0.00 | $0.00 |
| 28 | GEC06821 | B0005824 | 5517 | Parts Total: | $24.63 | | Labor Total: | $44.70 | Job Total: | $69.33 |
| | | | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the Exterior TV door hinge coming off leaks water at upper seam and lower rubber seal locking mechanism without key also rusting need replaced.
CAUSE: need more info
CORRECTION: 5517 time 0.50
replaced compartment seal and sealed seam

| 29 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $74.50 | Job Total: | $74.50 |
| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

C/S that the Storage box below exterior TV locking latch and door hinge missing screws leaks water at rubber seal locking mechanism rubber gasket leaks at rubber into storage compartment.
CORRECTION: 5517 time 0.50
replaced compartment seal

| 30 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $29.80 | Job Total: | $29.80 |
| | | | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the Storage box below exterior TV "lookthru" has panel coming up as screws or other device used to seal panel.
CAUSE: Need info
CORRECTION: 5517 time .50
removed spray foam and reinstalled base bonded  secure and sealed top and bottom

| 31 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $74.50 | Job Total: | $74.50 |
| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

C/S that the RV battery compartment under steps has water seal 25% off.
CORRECTION: 5517 time .2
repaired seal

| 32 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $29.80 | Job Total: | $29.80 |
| | | | | Service Retail | | | | $14.90 | $0.00 | $14.90 |

C/S that the RV battery compartment straps are not hooked
CORRECTION: 5517 time .10
hooked loose straps

| 33 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $14.90 | Job Total: | $14.90 |
| | | | | Service Retail | | | | $14.90 | $0.00 | $14.90 |

C/S that the RV battery carpet not attached and a screw fell out from behind carpet at upper step.
CORRECTION: 5517 time .10
restitched loose carpet

| 34 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $14.90 | Job Total: | $14.90 |
| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

C/S that the Entrance middle step base support under step out about 1inch to short causing slip hazard.
CORRECTION: 5517 time.20
removed cover and cut off excess  reinstalled rubber cover

| 35 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $29.80 | Job Total: | $29.80 |
| | | | | Service Retail | | | | $119.20 | $0.00 | $119.20 |

C/S that the Entrance middle step rubber step above base support is cracking because base support too short carpet not attached to both sides of middle step.
CORRECTION: repaired on line 34

| | | | | Parts Total: | | | Labor Total: | $119.20 | Job Total: | $119.20 |

Printed On : 2/8/2017  7:21:09 AM
Customer Copy

Repair added after the customer copy printed. Oil &
Grease included in Other Charges.

Page 4 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty Rat. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|
| 36 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | INC | INC | INC |

C/S that the Entrance closet hinges do not attach to trim tightly due to trim being to wide  causing hinges to flex and become loose with use.

|  | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| 37 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that the Entrance door frame where meets locking mechanism allows air and water flows down frame out of bottom, eventually wood will rot.
CORRECTION: body shop repair

|  | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | $74.50 |
| 38 | GEC06821 | B0005824 | | SVC - Body Shop Warranty | | | INC | INC | INC |

C/S that it appears door frame was bent towards coach rear to make door frame tight about 8 inches.

|  | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| 39 | GEC06821 | B0005824 | | Service Retail | | | $44.70 | $0.00 | $44.70 |

C/S that the Entrance screen door has gap along entire locking (to rear) side except where frame bent to allow for shutting of screen door
CORRECTION: body shop repair

|  | | | | Parts Total: | | Labor Total: | $44.70 | Job Total: | $44.70 |
| 40 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that the seal behind entrance door frame gets soaked with water and will cause rot to naked wood.
CORRECTION: body shop repair

|  | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | $74.50 |
| 41 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that the entrance door guide attached to frame opens too fast causing it to become unhinged.
CORRECTION: body shop repair

|  | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | $74.50 |
| 42 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that they need new door attachment and door cylinder.
CORRECTION: body shop repair

|  | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | $74.50 |
| 43 | GEC06821 | B0005824 | | Service Retail | | | $44.70 | $0.00 | $44.70 |

C/S that the Electric step underneath has many wires exposed to weather where attached to each other, should be shrink wrapped.
CORRECTION: no opens in wire casing found

|  | | | | Parts Total: | | Labor Total: | $44.70 | Job Total: | $44.70 |
| 44 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that the Electric step underneath has wire line too tight and eventually will break from rubbing.
CORRECTION: 5517 time .1
zip tied up wires

|  | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | $74.50 |
| 45 | GEC06821 | B0005824 | | Service Retail | | | $44.70 | $0.00 | $44.70 |

C/S that the AQS storage box is not sealed from weather to frame front and right side.
CORRECTION: 5517 time .30
remove foam and repositioned compartment  secured and resealed

|  | | | | Parts Total: | | Labor Total: | $44.70 | Job Total: | $44.70 |
| 46 | GEC06821 | B0005824 | | Service Retail | | | $74.50 | $0.00 | $74.50 |

C/S that the Xantrex inverter grounding stud has no ground wire.
CORRECTION: 5517 time .20
install ground wire

| LHC70114 | Wire, 10/2 w/Ground Romex | | | | 5.00 | $1.25 | $0.00 | $1.25 | $0.00 | $6.25 |
| ADR2-B2-5 | Lug, Ground | | | | 1.00 | $3.02 | $0.00 | $3.02 | $0.00 | $3.02 |

Parts Total: $9.27   Labor Total: $74.50   Job Total: $83.77

Printed On : 2/1/2017  7:21:09 AM
Customer Copy

Repairs added after the customer copy printed:OS &
Grease included in Other Charges.

Page 5 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | GEC06821 | B0005824 | 5517 | Service Retail | | | | $29.80 | $0.00 | $29.80 |

C/S that the bracket attaching storage box to frame is missing a mounting screw.
CORRECTION: repaired with compartment adjustment

| | | | | Parts Total: | | | | Labor Total: | $29.80 | Job Total: | | $29.80 |
| 49 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the wires extending out from inverter are naked to weather.
CORRECTION: no opens in wire casing

| | | | | Parts Total: | | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| 50 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the storage box behind passenger door has two door frame screws not still screwed into frame; also has missing screws for door hinges and locking mechanism seal leaks water
CORRECTION: 5517 time .50
c?t compartment seals

| | | | | Parts Total: | | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| 50 | GEC06821 | B0005824 | | SVC - Body Shop Warranty | | INC | | INC | INC |

C/S that the Sleeper cab stress point about 8 inches long and growing, outer paint peeling, frame unknown

| | | | | Parts Total: | | | | Labor Total: | INC | Job Total: | | $0.00 |
| 51 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the propane tank door missing hinges screws.
CORRECTION: no missing screws found

| | | | | Parts Total: | | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| 52 | GEC06821 | B0005824 | | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that the awning leaks in several places in the middle.
CORRECTION: 5517 time .10
caulked opens on roof

| | | | | Parts Total: | | | | Labor Total: | $149.00 | Job Total: | | $149.00 |
| 53 | GEC06821 | B0005824 | | Service Retail | | | | $223.50 | $0.00 | $223.50 |

C/S that the generator hinge missing mounting screws and closure knob rusting.
CORRECTION: no missing screws found

| | | | | Parts Total: | | | | Labor Total: | $223.50 | Job Total: | | $223.50 |
| 54 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the driver's side under generator door skirt coming loose, has several screws coming out.
CORRECTION: no fault found

| | | | | Parts Total: | | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| 55 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the exterior storage box drivers side under range missing hinge screws, leaks water at seal.
CORRECTION: 5517 time 0.50
replaced compartment seal  no screws found missing

| | | | | Parts Total: | | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| 56 | GEC06821 | B0005824 | | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that the exterior grey/black water door frame coming off off main body, hole cut too large and exterior grey/black water door hinges missing screws
CORRECTION: 5517 time .20
adjusted compartment door and installed longer screws

| | | | | Parts Total: | | | | Labor Total: | $149.00 | Job Total: | | $149.00 |
| 57 | GEC06821 | B0005824 | | Service Retail | | | | $0.00 | $0.00 | $0.00 |

C/S that the Rear ship-to-shore box has air hole back rear side to allow in water.
CORRECTION: 5517 time .1
caulked opens

Printed On : 2/6/2017  7:21:09 AM
Customer Copy

Repair added after the customer copy printed Oil &
Grease included in Other Charges.

Page 6 of 13

| Repair | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| Description | | | | Qty  Ret. Price | Savings  Selling Price | Ext  Discount | Ext Price |

| | | | Parts Total: | Labor Total: | $0.00 | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 58 | GEC06821 | B0005824 | | Service Retail | | $74.50 | $0.00 | $74.50 |

C/S that they are UNABLE to determine if cable TV line works.
CORRECTION: tested no fault found

| | | | Parts Total: | Labor Total: | $74.50 | Job Total: | | $74.50 |
|---|---|---|---|---|---|---|---|---|
| 59 | GEC06821 | B0005824 | | Service Retail | | $149.00 | $0.00 | $149.00 |

C/S that the slide leaks water, front seal too short, not attached at top like other RVs of same model.
CORRECTION: 5517 time 1.00
svintech rail not properly installed  adjusted rail and glued upper and side seal, caulked open    ═> *repaint body*

| | | | Parts Total: | Labor Total: | $149.00 | Job Total: | | $149.00 |
|---|---|---|---|---|---|---|---|---|
| 60 | GEC06821 | B0005824 | | Service Retail | | $119.20 | $0.00 | $119.20 |

C/S that the slide controller has error code (9 - 1 think), intermittent complete closing.
CORRECTION: 5517 time 0.80
fixed with rail adjustment adjusted front rail ea rail was about 1/2 inch out at to tested with no faults

| | | | Parts Total: | Labor Total: | $119.20 | Job Total: | | $119.20 |
|---|---|---|---|---|---|---|---|---|
| 61 | GEC06821 | B0005824 | | Service Retail | | $149.00 | $0.00 | $149.00 |

C/S that the middle seal under slider torn
CORRECTION: 5517 time .5
rear seal under slide

| 2RP16 | | | Foam, Spray Black | 1.00 | $29.60 | $13.65 | $15.95 | $0.00 | $15.95 |
|---|---|---|---|---|---|---|---|---|---|
| FW/325768 | | | Seal, Slideout Flush Floor 3in | 5.00 | $2.81 | $0.00 | $3.81 | $0.00 | $14.05 |
| | | | Parts Total: | $30.00 | Labor Total: | $149.00 | Job Total: | | $178.00 |
| 62 | GEC06821 | B0005824 | 5517 | Service Retail | | $149.00 | $0.00 | $149.00 |

C/S that there is a torn seal once I stick my head in shows black plumbing bracket undone with screws missing.
CORRECTION: this is the way it is designed no fault found

| | | | Parts Total: | Labor Total: | $149.00 | Job Total: | | $149.00 |
|---|---|---|---|---|---|---|---|---|
| 63 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | INC | INC. | INC |

C/S that the linoleum floor cut too short at entrance door
CAUSE: [RC (Floor-04)  estimate]
CORRECTION: duplicate

| | | | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 64 | GEC06821 | B0005824 | | Service Retail | | $149.00 | $0.00 | $149.00 |

C/S that the LCI Leveler NEVER HAS WORKED
CORRECTION: started vehicle and apply e brake  works fine tested several times

| | | | Parts Total: | Labor Total: | $149.00 | Job Total: | | $149.00 |
|---|---|---|---|---|---|---|---|---|
| 65 | GEC06821 | B0005824 | | Service Retail | | $44.70 | $0.00 | $44.70 |

C/S that the coach screen window missing chrome clips, above window accent does not have all mounting screws.
CORRECTION: 5517 time 0.30
installed missing screws and clips

| | | | Parts Total: | Labor Total: | $44.70 | Job Total: | | $44.70 |
|---|---|---|---|---|---|---|---|---|
| 66 | GEC06821 | B0005824 | | Service Retail | | $149.00 | $0.00 | $149.00 |

C/S that the cab sleeper window seal coming off and the cab sleeper front border coming off
CORRECTION: 5517 time 1.00
removed window and installed spacing on interior frame  reinstalled window and secure

| W5828 | | | Seal, Ribbed 5/8 X 3/8 Blk | 8.00 | $1.60 | $0.00 | $1.60 | $0.00 | $12.80 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | $12.80 | Labor Total: | $149.00 | Job Total: | | $161.80 |
| 67 | GEC06821 | B0005824 | 5517 | Service Retail | | $74.50 | $0.00 | $74.50 |

C/S that the window accent does not have all screws for attaching to wall and accent.
CORRECTION: corrected on several lines

| Repair - Description | VIN | Second VIN | Item # | Type | Qty | Ref. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Parts Total:** | **Labor Total:** | | | $74.50 | **Job Total:** | | $74.50 |
| 69 | GEC06821 | B0005824 | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

C/S that the Driver's seat, molding not mounted to RV floor correctly.
CORRECTION: no fault found

| | | | **Parts Total:** | **Labor Total:** | | | $74.50 | **Job Total:** | | $74.50 |
| 69 | GEC06821 | B0005824 | | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that the slider seal not tight, leaking onto floor.
CORRECTION: corrected with swintech rail adjustment

| | | | **Parts Total:** | **Labor Total:** | | | $149.00 | **Job Total:** | | $149.00 |
| 70 | GEC06821 | B0005824 | | Service Retail | | | | $44.70 | $0.00 | $44.70 |

C/S that the Dinette widow frame missing screw, window accent mount missing screws
CORRECTION: 5517 time .30
Installed all missing screws

| | | | **Parts Total:** | **Labor Total:** | | | $44.70 | **Job Total:** | | $44.70 |
| 71 | GEC06821 | B0005824 | | Service Retail | | | | $44.70 | $0.00 | $44.70 |

C/S that the dinette storage cabinet missing mounting screws.
CORRECTION: no missing screws found

| | | | **Parts Total:** | **Labor Total:** | | | $44.70 | **Job Total:** | | $44.70 |
| 72 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | | INC | INC | INC |

C/S that the dinette seat under frame cracked and needs replaced (belt side)
CORRECTION: 5517 time 1.00
replace broken support

| | | | **Parts Total:** | **Labor Total:** | INC | | | **Job Total:** | | $0.00 |
| 73 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | INC | | INC | INC |

C/S that the linoleum floor coming up
CAUSE: (RC (Floor-04) estimate)
CORRECTION: duplicate lino

| | | | **Parts Total:** | **Labor Total:** | INC | | | **Job Total:** | | $0.00 |
| 74 | GEC06821 | B0005824 | | Service Retail | | | | $0.00 | $0.00 | $0.00 |

C/S that the wire cap under sink (exposed wires somewhere)
CORRECTION: no exposed wires found, possible dropped cap from factory

| | | | **Parts Total:** | **Labor Total:** | | | $0.00 | **Job Total:** | | $0.00 |
| 75 | GEC06821 | B0005824 | | Service Retail | | | | $149.00 | $0.00 | $149.00 |

*How to connect to bed?*

C/S that there is a missing pillow for dinette conversion to bed
CORRECTION: 5517 time 0.20
ordered and installed missing pillow in unit

| 0344557, | | | Pillow, Throw 18 x 18 Confidence Taupe | | 1.00 | $42.93 | $0.00 | $42.93 | $0.00 | $42.93 |
| FR | | | FREIGHT AND CRATE CHARGE | | 1.00 | $26.86 | $0.00 | $26.86 | $0.00 | $26.86 |
| | | | **Parts Total:** | | $69.79 | **Labor Total:** | | $149.00 | **Job Total:** | $218.79 |
| 76 | GEC06821 | B0005824 | 5517 | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that the kitchen sink has low/no water pressure
CORRECTION: 5517 time 1.00
chr kitchen faucet tested operations

| SL2000N | | | Faucet, Single Lever w/Pull Down Sp | | 1.00 | $175.42 | $0.00 | $175.42 | $0.00 | $175.42 |
| SL2000N | | | warranty returned | | 0.00 | $175.42 | $0.00 | $175.42 | $0.00 | $0.00 |
| | | | **Parts Total:** | | $175.42 | **Labor Total:** | | $149.00 | **Job Total:** | $324.42 |
| 77 | GEC06821 | B0005824 | 5517 | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that the Roof a/c low flow does not cool in summer, I have to use third floor a/c
CORRECTION: 5517 time 1.00
front and rear docts open and returns and exchangers divider open.seal all opens and tested operations of both no units

| 915-245 | | | Tape, Foil 324A 2W500 | | 1.00 | $11.65 | $0.00 | $11.65 | $0.00 | $11.65 |

---

Printed On : 2/4/2017  7:31:09 AM
Customer Copy

Repair added after the customer copy printed. Oil &
Greats included in Other Charges.

Page 8 of 13

| Repair | VIN | Second VIN | Mech # | Type | Qty | Ret Price | Savings | Selling Price | Labor Ext Discount | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | | | | | | | |

**78** GEC06821 B0005824 5517
C/S that All three drawers next to stove/oven are a missing bracket screws
CORRECTION: 5517 time .30
installed missing screws on rail brackets

Parts Total: $11.65  Labor Total: $149.00  Job Total: $160.65
Service Retail: $44.70  $0.00  $44.70

*MISSED middle drawer*

**79** GEC06821 B0005824
C/S that the heater duct work under stove is jammed into hole under bunkhouse inadequate flow, duct torn - needs replaced, needs trim attached to wall -
holes to prevent future tearing
CORRECTION: floor is good and no tears found --- *coil exposed rear duct*

Parts Total:  Labor Total: $44.70  Job Total: $44.70
Service Retail: $119.20  $0.00  $119.20

**80** GEC06821 B0005824
C/S that the slide roller under sink trash can screw coming up under dinette floor gap screw coming up , multiple screws/parts under slider
CORRECTION: tightened screws

Parts Total:  Labor Total: $119.20  Job Total: $119.20
Service Retail: $149.00  $0.00  $149.00

**81** GEC06821 B0005824
C/S that they NEED TO REMOVE SLIDER SO I CAN DO AN INSPECTION BEFORE REINSTALLED bracket on floor between slider and floor
located under wall between master bedroom and bunkhouse missing floor screws (and possibly nut/bolt)

Parts Total:  Labor Total: $149.00  Job Total: $149.00
Service Retail: $149.00  $0.00  $149.00

**82** GEC06821 B0005824
DENISM/DAMAGE/DH/283560  C/S that the bunkhouse storage drawer face was scuffed at purchase,
bunkhouse storage drawer missing bracket screws
CORRECTION: denied

Parts Total:  Labor Total: $149.00  Job Total: $149.00
INC  INC  *Customer Declined*

**83** GEC06821 B0005824
C/S that the left side 6 closet drawers need frame build out wood to attach drawers more securely.
CORRECTION: 5517 time .20
installed wood supports and secured all drawer rail brackets

Parts Total:  Labor Total: INC  Job Total: $0.00
Cabinet Shop Warranty  INC  INC  INC

**84** GEC06821 B0005824
C/S that ALL 11 closet drawers missing bracket attachment screws
CORRECTION: 5517 time .50
installed all missing screws behind all 11 drawers

Parts Total:  Labor Total: INC  Job Total: $0.00
Service Retail: $74.50  $0.00  $74.50

**85** GEC06821 B0005824
C/S that the floor border missing at rear of slider

Parts Total:  Labor Total: $74.50  Job Total: $74.50
Cabinet Shop Warranty  INC  INC

**86** GEC06821 B0005824
C/S that the Underneath master bed 1.5x1.5" middle wood support bar needs replaced due to cracking during installation also cut too short, needs support
bar underneath
CORRECTION: 5517 time .50
removed bed to access bed support beam under frame  replace short beam and secured

Parts Total:  Labor Total: INC  Job Total: $0.00
Service Retail: $74.50  $0.00  $74.50

**87** GEC06821 B0005824
C/S that the potable water fill line leaks at RV wall and is loose at holding tank
CORRECTION: 5517 time .20
tighted fitting and repositioned fill hose

Parts Total:  Labor Total: $74.50  Job Total: $74.50
Cabinet Shop Warranty  INC  INC  INC

*DOES NOT FILL correctly water comes out during filling*

Printed On : 3/6/2017  7:21:09 AM
Customer Copy

Repair added after the customer copy printed. Oil &
Grease included in Other Charges.

Page 9 of 15

| Repair Description | VIN | Second VIN | Mesh 0 | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Qty Ret. Price | Savings Selling Price | Ext Discount | Ext Price |

88  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** INC  **Job Total:** $0.00
Service Retail  $29.80  $0.00  $29.80
C/S that the flow pro water filter underbed needs a support bracket to prevent upper attachment bracket from breaking off or coming loose
CORRECTION: this is manufacture design

89  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $29.80  **Job Total:** $29.80
Service Retail  $44.70  $0.00  $44.70
C/S that the bunkhouse shade accessories missing mounting bracket screws and "L" shape brackets at bottom of side.
CORRECTION: no parts found missing
*loose missing screws*

90  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $44.70  **Job Total:** $44.70
Cabinet Shop Warranty  INC  INC  INC
C/S that the masterbed left side upper storage unit with radio has two support wood brackets that are cracked and need replaced

81  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** INC  **Job Total:** $0.00
Service Retail  $119.20  $0.00  $119.20
C/S that the support bracket screws missing on both windowshshade roller each side of master bed.
CORRECTION: no fault found

82  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $119.20  **Job Total:** $119.20
Cabinet Shop Warranty  INC  INC  INC
C/S that the lower door support bracket of bathroom sink door does not fit molding

83  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** INC  **Job Total:** $0.00
Service Retail  $74.50  $0.00  $74.50
C/S that the bathroom sink screws coming out on upper left side under sink bowl
CORRECTION: 5517 time 0.50
tightened all screws and secured sink and countertop

84  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $74.50  **Job Total:** $74.50
Cabinet Shop Warranty  INC  INC  INC
C/S that the exterior sink support bracket needs wood support added at drawer door attachment

95  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** INC  **Job Total:** $0.00
Service Retail  $74.50  $0.00  $74.50
C/S that the exterior sink exterior door frame missing screws and the exterior door frame seal needs replaced
CORRECTION: 5517 time 0.50
replaced compartment seal and missing screws

96  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $74.50  **Job Total:** $74.50
Service Retail  $74.50  $0.00  $74.50
C/S that the shower leaks left side, back left side, leaks out of floor into exterior wheel well
CORRECTION: 5517 time 0.50
tightened all fitting and tested system under full pressure
*Still leaks at wheel well*

97  APPR/0.80/DH/283560  GEC06821  B0005824 — **Parts Total:** — **Labor Total:** $74.50  **Job Total:** $74.50
Cabinet Shop Warranty  INC  INC  INC
C/S that the wall paper accent needs removed and replaced professionally on left side of shower wall and behind toilet
CORRECTION: Took off old border, use cleaner and a razor blade to get off the old glue residue. Wiped clean. Put new border on, cut to size.
1/27/17....3489...0.8hr
0352700  Border, Wall 8 In Vertical Tile Villano  10.00  INC
FR  FREIGHT AND CRATE CHARGE  1.00  INC
F4012  Solvent, Aerysol Spray 3M03987  1.00  INC

98  GEC06821  B0005824  5517 — **Parts Total:** INC  **Labor Total:** INC  **Job Total:** $74.50
Service Retail  $74.50  $0.00  $74.50

Printed On : 2/1/2017  7:21:09 AM
Customer Copy
Repair added after the customer copy printed.Oil &
Grease included in Other Charges.
Page 10 of 13

| Repair<br>Description | VIN | Second VIN | Idtch # | Type<br>Qty Ret.Price | Savings | Labor<br>Selling Price | Discount<br>Ext Discount | Total<br>Ext Price |
|---|---|---|---|---|---|---|---|---|

O/S that the toilet needs rotated to left so that toilet seat will stay up during using for male people
CORRECTION: 5517 time 0.50
removed toilet and repositioned mounting screws  reinstalled and tested operation

| | | | | Parts Total: | | Labor Total: | $74.50 | Job Total: | | | $74.50 |

99   GEC06821   B0005824   Cabinet Shop Warranty   INC   INC   INC
O/S that the pocket door for hallway/bathroom are too heavy with present ceiling header, fell down, need to take down ceiling foam top and replace header with harder wood/metal combination then reinstall door frame
CORRECTION: 5517 time .50
added ssupport to hold up rails and support pocket doors

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | INC | INC | $0.00 |

100   GEC06821   B0005824   Cabinet Shop Warranty   INC   INC   INC
O/S that the upper header exterior beauty cover should be installed professionally with staples that are in center of attachment board (fall off because staples coming out of top)

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | | | $0.00 |

101   GEC06821   B0005824   Service Retail   INC   $0.00   $44.70
O/S that the bunkhouse screen its missing parts so they fall out
CORRECTION: 5517 time 0.30
ordered and installed missing screen

0312971   Screen, Window Bunk 28x12   1.00   $54.21   $0.00   $54.21   $0.00   $54.21
| | | | | Parts Total: | $54.21 | Labor Total: | $44.70 | Job Total: | | | $98.91 |

102   GEC06821   B0005824   5517   Cabinet Shop Warranty   INC   INC   INC
O/S that the rear top wall "cover" coming apart and off of wall (75"x6") has styrofoam under panel
CORRECTION: 5517 time .50
reattached loose cover and secured  reinstalled all removed time

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | | | $0.00 |

103   GEC06821   B0005824   Service Retail   $0.00   $0.00   $0.00
QC&/Inspection Walt

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | | | $0.00 |

104   GEC06821   B0005824   SVC - Body Shop Warranty   INC   INC   INC
APPR/3.00/DH/286518 APPR/16.50/DH/290067   HOOD HAS VERY LIGHT BASECOAT
CORRECTION: Repair dents is good end prep, Refinish as need and buff as needed. 9.5hrs
PS   PAINT SUPPLIES   1.00
| | | | | Parts Total: | | Labor Total: | INC | Job Total: | INC | INC | INC |

105   GEC06821   B0005824   4722   SVC - Body Shop Warranty   INC   INC   INC
APPR/27.00/DH/290067   D/S 4TH COMPARTMENT DOOR, REPAIR ABOVE D/S DOOR, PAINT FLAKING OFF SIDEWALL VERTICAL MOLDING, RAR ENTRY DOOR
CORRECTION: Replace entry door and repair above ps door on rounding. Mix color and tint best possible for panel painting match. Prep and refinish as needed and cut and buff as needed and resoal. 27hrs
PS   PAINT SUPPLIES   1.00   INC
BSS   Body Shop Supplies   1.00   INC
0284806   Door, Entry 23 1/2x79 1/2 PW W/O Window   1.00   INC
0284806   warranty returned   0.00   INC
| | | | | Parts Total: | INC | Labor Total: | INC | Job Total: | | | INC |

| Pay Type | CC # | Amount | | |
|---|---|---|---|---|
| | | | Parts Total: | $516.91 |
| | | | Core Total: | $0.00 |
| | | | Freight Total: | $26.86 |
| | | | Sublet Total: | $0.00 |
| | | | Labor Total: | $5,304.40 |
| | | | - Labor Discount: | $0.00 |
| | | | Other Charges: | $0.00 |
| Signature: | | | Shop Supplies: | $50.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Sub Total: | $5,898.17 |
| Cashed Out By: | | | - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $5,898.17 |
| Sales Tax: | $412.87 |
| Total: | $6,311.04 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| Amount Due: | $6,311.04 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Cash Out Date:

Cash Drawer:

**BELOW ARE THE "TERMS AND CONDITIONS" FOR THE SERVICING OF YOUR VEHICLE. PLEASE READ CAREFULLY** "YOU" are the person presenting a vehicle or towable for repair and authorizing the repairs to that vehicle or towable.

MISCELLANEOUS SHOP SUPPLIES AND CHARGES. TO ITEMIZE THE MISCELLANEOUS SUPPLIES AND MATERIALS USED ON EACH REPAIR WOULD CONSIDERABLY ADD TO YOUR COSTS AND LABOR CHARGES. A standard charge of 10% of the total labor charge, up to a maximum of $50, is made on each repair order for these items. These charges are separate from our Specialty Shop supply fees (ie. Cabinet Shop, Chassis Shop, etc.).
DISPOSAL CHARGES: Per the state of Florida, (s. 559.904(4)), this charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal (s. 569.904) (6). The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s. 403.718), and a $1.50 fee to be collected for each new battery or remanufactured battery sold in the state (s. 403.7185).
BODY SHOP ESTIMATE FEES: You will be charged a fee for the preparation of an estimate. The estimate fee will be based on time and materials involved.
DIAGNOSTIC FEES: In the event an estimate cannot be completed without diagnostic work, that work will be billed at the standard hourly rate, with a minimum charge of 0.5 hour.
CANCELLATION OF REPAIR WORK: In the event you cancel the repair work, the vehicle shall be reassembled to a condition reasonably similar as when received unless you waive reassembly or the reassembled vehicle would be unsafe. The repair shop may charge for the cost of teardown, the cost of parts and labor to replace items destroyed by teardown and the cost to reassemble the vehicle, provided you were notified of these possible costs in the estimate prior to the commencement of the diagnostic work.
INSPECTION; LIMITED WARRANTY: You agree that you will carefully inspect all repaired or newly installed components and will notify Lazydays in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. Parts and labor are warranted for 30 days or 3,000 miles, whichever comes first. If Lazydays' repair or replacement fails in normal service, and is reported, within the warranty period, Lazydays will fix it for free of charge at our facility. ANY WARRANTIES ON THOSE PRODUCTS SOLD ARE THOSE MADE BY THE MANUFACTURER OF THOSE PRODUCTS. THERE ARE NO OTHER WARRANTIES EXTENDED BY LAZYDAYS, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.
MISCELLANEOUS TERMS: By signing this form you authorize the repair work set forth on the face of this document to be done. You agree that Lazydays and its employees may operate the vehicle for the purpose of testing, inspection and/or delivery at your risk. You agree that Lazydays is not responsible for loss or damage to the vehicle, or articles left in the vehicle, in case of fire, theft, or any other cause or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. You hereby grant us, and our employees, permission to operate the vehicle described on streets, highways and elsewhere for the purposes of testing and/or inspection. An express mechanics lien is hereby acknowledged on your vehicle to secure the amount of the repair.
APPLICABLE LAW, VENUE, and WAIVER OF JURY TRIAL AND ATTORNEY FEES: Our agreement to perform the service work described on the work order is conditioned by Florida law and any and all actions of any kind relating to the repair order and the repairs must be filed in Hillsborough County, Florida. You agree that any action will be tried by a judge, rather than a jury. You shall not be entitled to recover any consequential or incidental damages, including but not limited to, loss of use, lost profits, lost income, etc. If you fail to pay any amount due to Lazydays and collection efforts are required, you agree to pay Lazydays' reasonable attorney's fees and costs.
STORAGE CHARGES: No storage charges shall accrue or be done and payable for a period of 3 working days from the day you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $50.

YOU HAVE READ, UNDERSTAND, AND AGREE WITH THE "TERMS AND CONDITIONS" OF THIS REPAIR ORDER WHICH HAVE BEEN PROVIDED TO YOU.

By: _____          Date: _____
            Customer Signature

Printed On : 2/8/2017  7:21:09 AM            * Repair added after the customer copy printed Oil &      Page 12 of 13
Customer Copy                                  Grease included in Other Charges.



Lazydays
6130 Lazydays Boulevard
Seffner FL USA 33584-2968
Phone#:(800) 626-7800
Fax #: (813) 246-8863

Invoice Number: 19215398D
Tag Number: E18618

Date and Time In: 12/9/2016 - 10:08 AM
Date and Time Out: 12/9/2016 - 11:00 AM
Promised Date - Time: 8/22/2016 - 10:56 AM
Cashed Out Date:
Date Appointment Initiated: 8/31/2016
Service Advisor: (5473) Michael Herndon

DALE SCHAMP
MERRITT ISLAND FL  32952

4135241

Veh Info: 1024681  17 Thor Motor Coac Four Winds C  Pacifica
Serial Numbers: 1FDUF5GT8GEC06821    FCB35SB0005824

In-Srv: 6/4/2016    Miles/Hrs In:      Out:      Plate #:
Color  Ex Pacifica                      Int: Key Largo II

### *** Customer is Waiting ***

| Repair Description | VIN | Second VIN | Mech # | Type | Qty | Rel Price | Savings | Selling Price | Labor Ext Discount | Discount | Total Est Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GEC06821 | B0005824 | 5517 | CLD Delivery Warranty | | INC | | INC | | INC | INC |

Several window screens fell out on the way home. We need the screens and their attachment mechanisms (metal triangular clips for the a few ) and the entire screen for the bunk bed window since the screen is missing the plastic parts to attach the screen to the window frame.also need window handle
CORRECTION: part on ordred
241334         Clip, Window Screen

| | | | | | | | 8.00 | | | | |
| | | | | Parts Total: | | | | Labor Total: | INC | Job Total: | INC |
| 2 | GEC06821 | B0005824 | 1920 | CLD Delivery Warranty | | INC | | INC | | INC | INC |

c/s--Couch cushion was not sitting right so I discover the velcro was ripped from the fabric so this needs replaced
CORRECTION: part on order
0744817         Cushion, Hide-A-Bed Eggshell/Dusk

| | | | | | | | 1.00 | | | | |
| FR | | | | FREIGHT AND CRATE CHARGE | | | | 1.00 | | | INC |
| | | | | Parts Total: | | | | Labor Total: | INC | Job Total: | INC |
| 3 | GEC06821 | B0005824 | 1920 | Cablnet Shop Polley Charge | | INC | | INC | | INC | INC |

c/s--Sliding cabinet door under bunkbeds has a rubbed out marked size of a quarter. Billy has a picture of that. Drawer needs replaced
CORRECTION: note for file  had to add screws  on bass of track  holders, remove reawer,added screwws install all and tested, all working goof.   .6 to
1920

| | | | | Parts Total: | | | | Labor Total: | | Job Total: | |
| 4 | GEC06821 | B0005824 | | CLD Delivery Warranty | | INC | | INC | | INC | $0.00 |

c/s--The entrance door frame is completely bent (looks like to make door seal) and allows water and air noises going down road, need to put sealant in gaps until new frame work is ordered.
CORRECTION: 5517 time 0.50
repositioned frame trim and sealed

| | | | | Parts Total: | | | | Labor Total: | | Job Total: | |
| 5 | GEC06821 | B0005824 | | CLD Delivery Warranty | | INC | | INC | | INC | $0.00 |

C/S AWNING RETRACTING REALLY SLOW
CORRECTION: No fault found  tested several times and verified 40 to 41 second retract time. Normal ,1

| | | | | Parts Total: | | | | Labor Total: | | Job Total: | |
| 6 | GEC06821 | B0005824 | | SVC - Body Shop Warranty | | INC | | INC | | INC | $0.00 |

APP#/16.00/DH/254514   C/S LOOKS LIKE POTENTIAL CRACKS IN CORNERS OF CAB OVER
CORRECTION: Repair poor precious repairs and refinish as needed and buff as needed and reseal, 8hrs

| PS | | | | PAINT SUPPLIES | | | | 1.00 | | | INC |
| BSS | | | | Body Shop Supplies | | | | 1.00 | | | INC |
| | | | | Parts Total: | | | | Labor Total: | INC | Job Total: | INC |
| 7 | GEC06821 | B0005824 | 5517 | CLD Delivery Warranty | | INC | | INC | | INC | INC |

Printed On : 2/11/2017  10:05:29 AM
Customer Copy

Repair added after the customer copy printed.Oil &
Grease included in Other Charges.

Page 1 of 13,

| Repair Description | VIN | Second Visit | Mech # | Type | Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|

C/S AWNING LEAKS BETWEEN TRACK AND COACH
CORRECTION: S517 time .2
Retimed awning and caulked rain union

|  |  |  |  | Parts Total: | Labor Total: | INC | Job Total: |  | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

8     GEC06821     B0005824          CLD Delivery Warranty     INC     Job Total:          $0.00
C/S JACKS CONTINUOUSLY BEEPING WHEN IGNITION STARTED                                    INC     INC     INC
CORRECTION: S517 time 0.20
jacks no fully returning, lube legs and tested several times with no fault

                                        Parts Total:          Labor Total:     INC     Job Total:          $0.00
9     APPR/12.00/DH/281595  C/S LANOLEUM CUT TO SHORT AND COMING UP AT TOP OF STAIRS   Cabinet Shop Warranty   INC   INC   INC
CAUSE: [RC (Floor-01)  estimate]
CORRECTION: S517 time .80
remove trim, removed step, cut excess wood off. reinstalled carper and trim  reinstalled step

                                        Parts Total:          Labor Total:     INC     Job Total:          $0.00
10    GEC06821     B0005824          CLD Delivery Warranty     INC     INC     INC
C/S D/S FWD DINETTE WINDOW VIBRATING OPEN WHILE DRIVING
CORRECTION: shook window no fault found

                                        Parts Total:          Labor Total:     INC     Job Total:          $0.00
11    GEC06821     B0005824          CLD Delivery Warranty     INC     INC     INC
C/S BREAKER UNDERNEATH MASTER BED KEEPS TRIPPING
CAUSE: Need more explaination
CORRECTION: tested whole electrical system with no faults

                                        Parts Total:          Labor Total:     INC     Job Total:          $0.00
      GEC06821     B0005824          Service Retail     $74.50     $0.00     $74.50
C/S that the rear roof ladder 2nd step left side bolts coming out all four
CORRECTION: S517 time.50
pulled latter and tightened all mount supports reinstalled ladder and tested

                                        Parts Total:          Labor Total:     $74.50     Job Total:          $74.50
13    GEC06821     B0005824          Service Retail     $0.00     $0.00     $0.00
C/S that the rear roof ladder 2nd step right side bolts coming out all four
CORRECTION: repaired under line 12

                                        Parts Total:          Labor Total:     $0.00     Job Total:          $0.00
14    GEC06821     B0005824          Cabinet Shop Warranty     INC     INC     INC
APPR/0.50/DH/283560   C/S that the exterior refrigerator sink floor linoleum has no floor border to keep from peeling up.
CAUSE: [RC (Floor-04)  estimate]
CORRECTION: [RC (Floor-04)  estimate]

Measured the length from wall to wall cut a piece of trim to fit nailed it to the linoleum putty the holes clean debris......1/26/17...5489...0.5hr

                                        Parts Total:          Labor Total:     INC     Job Total:          $0.00
15    GEC06821     B0005824          Service Retail          $14.90     $0.00     $14.90
C/S that the exterior refrigerator sink middle drawer missing mounting screws in bracket to rear left and right side.
CORRECTION: S517 time .10
installed missing screws

                                        Parts Total:          Labor Total:     $14.90     Job Total:          $14.90
      GEC06821     B0005824          Cabinet Shop Warranty     INC     INC     INC
C/S that the exterior refrigerator sink middle drawer mounting wood frame cracked in rear needs replaced.
CORRECTION: S517 time .10
installed missing screws

| Repair Description | VIN | Second VIN | Mech # | Type | Qty | Est. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|

**17**  GEC06821  B0005824
Parts Total: — Labor Total: INC — Job Total: — $0.00
Service Retail — $14.90 — $0.00 — $14.90
C/S that the exterior refrigerator sink right side drawer missing mounting screws in bracket to sew left and right side.
CORRECTION: 5517 time .10
installed missing screws

**18**  GEC06821  B0005824
Parts Total: — Labor Total: $14.90 — Job Total: — $14.90
Cabinet Shop Warranty — INC — INC — INC
C/S that the exterior refrigerator sink rightside drawer mounting wood frame cracked in rear needs replaced.
CORRECTION: 5517 time .1
repaired cracked wood

**19**  GEC06821  B0005824
Parts Total: — Labor Total: INC — Job Total: — $0.00
Service Retail — $74.50 — $0.00 — $74.50
C/S that the exterior tv door leaks at upper seam on interior door frame , locking mechanism missing two screws both locks.
CORRECTION: 5517 time .5
replaced compartment seal and sealed seam

| W3812 | Seal, D Smooth 3/8 X 1/2 Black | 100.00 | 1.56 | $0.00 | $1.56 | $0.00 | $156.00 |
| W3812 | warranty returned | 0.00 | 1.56 | $0.00 | $1.56 | $0.00 | $0.00 |

Parts Total: $156.00 — Labor Total: $74.50 — $0.00 — $74.50
— $230.50

**20**  GEC06821  B0005824  5517
Service Retail — $74.50 — $0.00 — $74.50
C/S that the exterior tv door leaks at upper seam on interior door frame attached to coach and missing screw on right side upper corner 2 screws missing lower area.
CORRECTION: 5517 time .50
r&r compartment seal and installed missing screws

**21**  GEC06821  B0005824
Parts Total: — Labor Total: $74.50 — Job Total: — $74.50
Service Retail — $29.80 — $0.00 — $29.80
C/S that the exterior tv door seal is crushed and cracked, lower door frame is loose.
CORRECTION: 5517 time .50
r&r compartment seal

**22**  GEC06821  B0005824
Parts Total: — Labor Total: $29.80 — Job Total: — $29.80
Service Retail — $14.90 — $0.00 — $14.90
C/S that the far left passenger side exterior storage box under carriage missing two screws also locking mechanism loosing two screws.
CORRECTION: 5517 time .10
tightened two loose screws and install missing screws

**23**  GEC06821  B0005824
Parts Total: — Labor Total: $14.90 — Job Total: — $14.90
Service Retail — $14.90 — $0.00 — $14.90
C/S that the Left passenger side over exhaust pipe storage box missing screws.
CORRECTION: 5517 time .10
installed missing screws

**24**  GEC06821  B0005824
Parts Total: — Labor Total: $14.90 — Job Total: — $14.90
Service Retail — $74.50 — $0.00 — $74.50
C/S that the top left door frame, both door hinges missing middle attachment screws, door locking mechanism and door hinge missing screws.
CORRECTION: screws installed no fault found

**25**  GEC06821  B0005824
Parts Total: — Labor Total: $74.50 — Job Total: — $74.50
Service Retail — $14.90 — $0.00 — $14.90
C/S that the Left passenger storage box left of entrance door missing screws for door hinge and locking mechanism.
CORRECTION: screws installed no fault found

**26**  GEC06821  B0005824
Parts Total: — Labor Total: $14.90 — Job Total: — $14.90
Service Retail — $0.00 — $0.00 — $0.00
C/S that the locking mechanism rubber gasket leaks water into storage compartment.
CORRECTION: no leaks found after testing

Printed On : 2/11/2017  10:01:29 AM
Customer Copy

Repair added after the customer copy printed.Oil &
Grease included in Other Charges.

Page 3 of 13

| Repair | VIN | Second VIN | Mech # | | | Type | | | Labor | Discount | Total |
|--------|-----|------------|--------|---|---|------|---|---|-------|----------|-------|
| Description | | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |

Parts Total: | Labor Total: | $0.00 | Job Total: | | $0.00

C/S that the Left rear dual tires front mud flap bolts do not stay tight thus vibrate loose and burned through flap.
CORRECTION: 5517 time .10
cut and replaced mud flap and secured to chassis

| GEC06821 | B0005824 | | | Service Retail | | | | $44.70 | $0.00 | $44.70 |

FW/100093 | Flap, Mud 29in X 36in | 1.00 | $24.63 | $0.00 | $24.63 | $0.00 | $24.63
FW/100093 | warranty returned | .000 | $24.63 | $0.00 | $24.63 | $0.00 | $0.00

28 | GEC06821 | B0005824 | 5517 | Parts Total: | $24.63 | Labor Total: | $44.70 | Job Total: | | $69.33

C/S that the Exterior TV door hinge coming off leaks water at upper seam and lower rubber seal locking mechanisms without key are rusting need
replaced.
CAUSE: need more info
CORRECTION: 5517 time 0.50
replaced compartment seal and sealed seam

| | | | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

29 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $74.50 | Job Total: | | $74.50

C/S that the Storage box below exterior TV locking latch and door hinges rubbing screws leaks water at rubber seal locking mechanism rubber gasket
leaks water into storage compartment.
CORRECTION: 5517 time 0.50
replaced compartment seal

| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

30 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $29.80 | Job Total: | | $29.80

C/S that the Storage box below exterior TV "lookthru" has panel coming up no screws or other device used to seal panel.
CAUSE: Need info
CORRECTION: 5517 time .50
removed spray foam and reinstalled base bonded  secure and sealed top and bottom

| | | | | Service Retail | | | | $74.50 | $0.00 | $74.50 |

31 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $74.50 | Job Total: | | $74.50

C/S that the RV battery compartment under steps has water seal 25% off.
CORRECTION: 5517 time .2
repaired seal

| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

32 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $29.80 | Job Total: | | $29.80

C/S that the RV battery compartment straps are not hooked
CORRECTION: 5517 time .10
hooked loose straps

| | | | | Service Retail | | | | $14.90 | $0.00 | $14.90 |

33 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $14.90 | Job Total: | | $14.90

C/S that the RV battery carpet not attached and screw fell out from behind carpet at upper step.
CORRECTION: 5517 time .10
reattched loose carpet

| | | | | Service Retail | | | | $14.90 | $0.00 | $14.90 |

34 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $14.90 | Job Total: | | $14.90

C/S that the Entrance middle step base support under step cut about 1inch to short causing slip hazard.
CORRECTION: 5517 time.20
removed cover and cut off excess  reinstalled rubber cover

| | | | | Service Retail | | | | $29.80 | $0.00 | $29.80 |

35 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | $29.80 | Job Total: | | $29.80

C/S that the Entrance middle step rubber step above base support is cracking because base support too short carpet not attached to both sides of middle
step.
CORRECTION: repaired on line 34

| | | | | Service Retail | | | | $119.20 | $0.00 | $119.20 |

Printed On : 2/11/2017   10:05:29 AM
Customer Copy                                    Repair added after the customer copy printed Oil &
                                                 Grease included in Other Charges.              Page 4 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty Ret. Price | Savings | Selling Price | Labor Discount | Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|

**Parts Total:**    **Labor Total:** $119.20   **Job Total:**    $119.20

GEC06821   B0005824   Cabinet Shop Warranty   INC   INC   INC

C/S that the Entrance closet hinges do not attach to trim tightly due to trim being to wide, causing hinges to flex and become loose with use.

---

**37**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** INC   **Job Total:**    $0.00

Service Retail   $0.00   $0.00   $0.00

C/S that the Entrance door frame where meets locking mechanism allows air and water flows down frame out of bottom, eventually wood will rot. - [RC (NJ) ]
CAUSE: Duplicate line, see Job 4 - [RC (NJ)  No Job]
CORRECTION: body shop repair - [RC (NJ)  No Job]

---

**38**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $0.00   **Job Total:**    $0.00

SVC - Body Shop Warranty   INC   INC   INC

C/S that it appears door frame was bent towards coach rear to make door frame tight about 8 inches.

---

**39**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** INC   **Job Total:**    $0.00

Service Retail   $44.70   $0.00   $44.70

C/S that the Entrance screen door has gap along entire locking (to rear) side except where frame bent to allow for shutting of screen door
CORRECTION: body shop repair

---

**40**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $44.70   **Job Total:**    $44.70

Service Retail   $0.00   $0.00   $44.70

C/S that the seal behind entrance door frame gets soaked with water and will cause rot to naked wood. - [RC (NJ) ]
CAUSE: Duplicate line, see job 4 and 37 - [RC (NJ)  No Job]
CORRECTION: body shop repair - [RC (NJ)  No Job]

---

**41**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $0.00   **Job Total:**    $0.00

Service Retail   $74.50   $0.00   $74.50

C/S that the entrance door guide attached to frame opens too fast causing it to become unhinged.
CORRECTION: body shop repair

---

**42**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $74.50   **Job Total:**    $74.50

Service Retail   $74.50   $0.00   $74.50

C/S that they need new floor attachment and door cylinder.
CORRECTION: body shop repair

---

**43**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $74.50   **Job Total:**    $74.50

Service Retail   $74.50   $0.00   $44.70

C/S that the Electric step underneath has many wires exposed to weather where attached to each other, should be shrink wrapped.
CORRECTION: no opens in wire casing found

---

**44**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $44.70   **Job Total:**    $44.70

Service Retail   $74.50   $0.00   $74.50

C/S that the Electric step underneath has wire line too tight and eventually will break from rubbing.
CORRECTION: 5517 time .1
zip tied up wires

---

**45**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $74.50   **Job Total:**    $74.50

Service Retail   $44.70   $0.00   $44.70

C/S that the AGS storage box is not sealed from weather to frame front and right side.
CORRECTION: 5517 time .30
move foam and repositioned compartment  secured and resealed

---

**46**    GEC06821   B0005824   **Parts Total:**   **Labor Total:** $44.70   **Job Total:**    $44.70

Service Retail   $74.50   $0.00   $74.50

---

| Repair Description | VIN | Second VIN | Mech # | Type Qty - Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|
| C/S that the Xantrex Inverter grounding stud has no ground wire. CORRECTION: 5517 time .20 install ground wire | | | | | | | | |
| LHC/70114 ADR2-B2-5 | | Wire, 10/2 w/Ground Recmax Lug, Ground | | 5.00 $1.25 1.00 $3.02 | $3.00 $0.00 | $1.25 $3.02 | $0.00 $0.00 | $6.25 $3.02 |
| 47 | GEC06821 | B0005824 | 5517 | Parts Total: $9.27 | | Labor Total: $74.50 | Job Total: | $83.77 |
| C/S that the bracket attaching storage box to frame is missing a mounting screw. CORRECTION: repaired with compartment adjustment | | | | Service Retail | | $29.80 | $0.00 | $29.80 |
| 48 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $29.80 | Job Total: | $29.80 |
| C/S that the wires extending out from Inverter are naked to weather. CORRECTION: no opens in wire casing | | | | Service Retail | | $76.50 | $0.00 | $74.50 |
| 49 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $74.50 | Job Total: | $74.50 |
| C/S that the storage box behind passenger door has two door frame screws not full screwed into frame; also has missing screws for door hinges and locking mechanism seal leaks water CORRECTION: 5517 time .50 r&r compartment seals | | | | Service Retail | | $74.50 | $0.00 | $74.50 |
| 50 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $74.50 | Job Total: | $74.50 |
| C/S that the Sleeper cab stress point about 8 inches long and growing, outer paint peeling, frame unknown. | | | | SVC - Body Shop Warranty | | INC | INC | INC |
| 51 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: INC | Job Total: | $0.00 |
| C/S that the propane tank door missing hinge screws. CORRECTION: no missing screws found | | | | Service Retail | | $74.50 | $0.00 | $74.50 |
| 52 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $74.50 | Job Total: | $74.50 |
| C/S that the awning leaks in several places in the middle. CORRECTION: 5517 time .10 caulked opens on rail | | | | Service Retail | | $149.00 | $0.00 | $149.00 |
| 53 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $149.00 | Job Total: | $149.00 |
| C/S that the generator hinge missing mounting screws and closure knob rusting. CORRECTION: no missing screws found | | | | Service Retail | | $223.50 | $0.00 | $223.50 |
| 54 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $223.50 | Job Total: | $223.50 |
| C/S that the driver's side under generator door skirt coming loose, has several screws coming out. CORRECTION: no fault found | | | | Service Retail | | $74.50 | $0.00 | $74.50 |
| 55 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $74.50 | Job Total: | $74.50 |
| C/S that the exterior storage box drivers side under range missing hinge screws, leaks water at seal. CORRECTION: 5517 time 0.50 replaced compartment seal  no screws found missing | | | | Service Retail | | $74.50 | $0.00 | $74.50 |
| 56 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: $74.50 | Job Total: | $74.50 |
| C/S that the exterior grey/black water door frame coming of off main body, hole cut too large and exterior grey/black water door hinges missing screws CORRECTION: 5517 time .20 adjusted compartment door and installed longer screws | | | | Service Retail | | $149.00 | $0.00 | $149.00 |

Printed On : 2/11/2017   10:05:29 AM
Customer Copy

Repair added after the customer copy printed Oil &
Grease included in Other Charges.

Page 6 of 13

| Repair Description | VIN | Second VIN | Mech # | Type Qty | Ret. Price | Savings | Labor Selling Price Ext | Discount Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|

**58**   GECO6821   B0005824   Parts Total:   Labor Total: $149.00   Job Total: $0.00   $0.00   $149.00   Service Retail $0.00
C/S that the Rear ship-to-shore box has air hole back rear side to allow in water.
CORRECTION: 5517 time .1
caulked opens

**58**   GECO6821   B0005824   Parts Total:   Labor Total: $0.00   Job Total:   $0.00   $0.00   Service Retail $74.50   $74.50
C/S that they are UNABLE to determine if cable TV line works.
CORRECTION: tested no fault found

**59**   GECO6821   B0005824   Parts Total:   Labor Total: $74.50   Job Total:   $0.00   $74.50   Service Retail $149.00   $149.00
C/S that the slide leaks water, front seal too short, not attached at top like other RVs of same model.
CORRECTION: 5517 time 1.00
swintech rail not properly installed  adjusted rail and glued upper and side seal. caulked opens

**60**   GECO6821   B0005824   Parts Total:   Labor Total: $149.00   Job Total:   $0.00   $149.00   Service Retail $119.20   $119.20
C/S that the slide controller has error code (9 - I think), intermittent complete closing.
CORRECTION: 5517 time 0.80
fixed with rail adjustment adjusted front rail as rail was about 1/2 inch out as tested with no faults

**61**   GECO6821   B0005824   Parts Total:   Labor Total: $119.20   Job Total:   $0.00   $119.20   Service Retail $149.00   $149.00
C/S that the middle seal under slider torn
CORRECTION: 5517 time .5
er seal under slide

| 2RPI6 | | | | | Foam, Spray Black | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FW/325368 | | | | 1.00 | $29.60 | $13.65 | $15.95 | $0.00 | $15.95 |
| | | | Seal, Slideout Flush Floor 3 Ln | 5.00 | $2.81 | $0.00 | $2.81 | $0.00 | $14.05 |

**62**   GECO6821   B0005824   5517   Parts Total: $30.00   Labor Total: $149.00   Job Total: $0.00   $179.00   Service Retail $149.00   $149.00
C/S that there is a torn seal once I stick my head in shows black plumbing bracket undone with screws missing.
CORRECTION: this is the way it is designed no fault found

**63**   GECO6821   B0005824   Parts Total:   Labor Total: $149.00   Job Total:   INC   $149.00   Cabinet Shop Warranty   INC
C/S that the linoleum floor cut too short at entance door
CAUSE: [RC (Floor-04)  estimate]
CORRECTION: duplicate

**64**   GECO6821   B0005824   Parts Total:   Labor Total: INC   Job Total:   $0.00   $0.00   Service Retail $0.00
C/S that the LCI Leveler NEVER HAS WORKED
- [RC (NJ) ]
CAUSE: [RC (NJ) No Job]
CORRECTION: started vehicle and apply a brake  works fine tested several times
- [RC (NJ) No Job]

**65**   GECO6821   B0005824   Parts Total:   Labor Total: $0.00   Job Total:   $0.00   $0.00   Service Retail $44.70   $44.70
C/S that the couch screen window missing chrome clips, above window accent does not have all mounting screws.
CORRECTION: 5517 time .30
stalled missing screws and clips

**66**   GECO6821   B0005824   Parts Total:   Labor Total: $44.70   Job Total:   $0.00   $44.70   Service Retail $149.00   $149.00

Printed On : 2/11/2017   10:05:29 AM
Customer Copy

Repair added after the customer copy printed. Oil &
Grease included in Other Charges.

Page 7 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Selling Price | Labor Discount | Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C/S that the cab sleeper window seal coming off and the cab sleeper front border coming off CORRECTION: 5517 time 1.00 | | | | | | | | | | | |
| removed window and installed spacing on interior frame reinstalled window and secures | | | | | | | | | | | |
| 10-WS838 | | | Seal, Ribbed 5/8 X 3/8 Blk | | 3.00 | $1.60 | $0.00 | $1.60 | $0.00 | | $12.80 |
| 67 | GEC06821 | B0005824 | 5517 | Parts Total: | | $12.80 | Labor Total: | $149.00 | Job Total: | | $161.80 |
| | | | | Service Retail | | | | $74.50 | | $0.00 | $74.50 |
| C/S that the window accent does not have all screws for attaching to wall and accent CORRECTION: corrected on several lines | | | | | | | | | | | |
| 68 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| | | | | Service Retail | | | | $74.50 | | $0.00 | $74.50 |
| C/S that the Driver's seat molding not insulated to RV floor correctly. CORRECTION: no fault found | | | | | | | | | | | |
| 69 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $74.50 | Job Total: | | $74.50 |
| | | | | Service Retail | | | | $149.00 | | $0.00 | $149.00 |
| C/S that the slider seal not tight, leaking onto floor. CORRECTION: corrected with swintech rail adjustment | | | | | | | | | | | |
| 70 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $149.00 | Job Total: | | $149.00 |
| | | | | Service Retail | | | | $44.70 | | $0.00 | $44.70 |
| C/S that the Dinette widow frame missing screw, window accent mount missing screws CORRECTION: 5517 time .30 installed all missing screws | | | | | | | | | | | |
| 71 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $44.70 | Job Total: | | $44.70 |
| | | | | Service Retail | | | | $44.70 | | $0.00 | $44.70 |
| C/S that the dinette storage cabinet missing mounting screws. CORRECTION: no missing screws found | | | | | | | | | | | |
| 72 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $44.70 | Job Total: | | $44.70 |
| | | | | Cabinet Shop Warranty | | | | INC | | INC | INC |
| C/S that the dinette seat under frame cracked and needs replaced (belt side) CORRECTION: 5517 time 1.00 replace broken support | | | | | | | | | | | |
| 73 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | INC | Job Total: | | $0.00 |
| | | | | Cabinet Shop Warranty | | | | INC | | INC | INC |
| C/S that the linoleum floor coming up CAUSE: [RC (Floor-04) estimate] CORRECTION: duplicate line | | | | | | | | | | | |
| 74 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | INC | Job Total: | | $0.00 |
| | | | | Service Retail | | | | $0.00 | | $0.00 | $0.00 |
| C/S that the wire cap under sink (exposed wires somewhere) CORRECTION: no exposed wires found. possible dropped cap from factory | | | | | | | | | | | |
| 75 | GEC06821 | B0005824 | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | | $0.00 |
| | | | | Service Retail | | | | $149.00 | | $0.00 | $149.00 |
| C/S that there is a missing pillow for dinette conversion to bed CORRECTION: 5517 time 0.20 ordered and installed missing pillow in unit | | | | | | | | | | | |
| 0344557 | | | Pillow, Throw 18 x 18 Confidence Taupe | | 1.00 | $42.93 | $0.00 | $42.93 | $0.00 | | $42.93 |
| FR | | | FREIGHT AND CRATE CHARGE | | 1.00 | $26.86 | $0.00 | $26.86 | $0.00 | | $26.86 |
| 76 | GEC06821 | B0005824 | 5517 | Parts Total: | | $69.79 | Labor Total: | $149.00 | Job Total: | | $218.79 |
| | | | | Service Retail | | | | $149.00 | | $0.00 | $149.00 |
| C/S that the kitchen sink has low/no water pressure CORRECTION: 5517 time 1.00 | | | | | | | | | | | |

Printed On : 2/11/2017  10:05:30 AM
Customer Copy

Repairs added after the customer copy printed Oil &
Greats included in Other Charges.

Page 5 of 13

| Repair Description | VIN | Second VIN | Needs # | Type | Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

r&r kitchen faucet  tested operations

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SL2000N | | Faucet, Single Lever w/Pull Down Sp | | | 1.00 | $175.42 | $0.00 | $175.42 | $0.00 | $175.42 |
| SL2000N | | warranty returned | | | 0.00 | $175.42 | $0.00 | $175.42 | $0.00 | $0.00 |
| | | | | Parts Total: | | $175.42 | | Labor Total: | | |
| 77 | GEC06821 | B0005824 | 5517 | Service Retail | | | $149.00 | Job Total: | | $324.42 |

CORRECTION: 5517 time 1.00
front and rear ducts open and returns and exchangers divider open.seal all opens and tested operations of both ac units

| 915-245 | | Tape, Foil 324A 2W500 | | | 1.00 | $11.65 | $0.00 | $11.65 | $0.00 | $11.65 |
| | | | | Parts Total: | | $11.65 | | Labor Total: | | |
| 78 | GEC06821 | B0005824 | 5517 | Service Retail | | | $149.00 | Job Total: | | $160.65 |

C/S that All three drawers next to stove/oven are missing bracket screws
CORRECTION: 5517 time 0.30
installed missing screws on rail brackets

| | | | | Parts Total: | | | | Labor Total: | $44.70 | |
| 79 | GEC06821 | B0005824 | 5517 | Service Retail | | | | Job Total: | $0.00 | $44.70 |

C/S that the heater duct work under stove is jammed into hole under bunkhouse inadequate flow, duct torn - needs replaced, needs trim attached to wall holes to prevent future tearing
CORRECTION: flow is good and no tears found

| | | | | Parts Total: | | | | Labor Total: | | |
| 80 | GEC06821 | B0005824 | | Service Retail | | | | $119.20 | $0.00 | $119.20 |

C/S that the slider roller under sink trash can screw coming up under dinette floor gap screw coming up , multiple screws/parts under slider
CORRECTION: tightened screw

| | | | | Parts Total: | | | | Labor Total: | | |
| 81 | GEC06821 | B0005824 | | Service Retail | | | | $149.00 | $0.00 | $149.00 |

C/S that they NEED TO REMOVE SLIDER, SO I CAN DO AN INSPECTION BEFORE REINSTALLED bracket on floor between slider and floor located under wall between master bedroom and bunkhouse missing floor screws (and possibly nut/bolt)

| | | | | Parts Total: | | | | Labor Total: | $149.00 | |
| 82 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | | Job Total: INC | INC | $149.00 INC |

DENIED//DAMAGE//DH//283560 C/S that the bunkhouse storage drawer face was scuffed at purchase;
bunkhouse storage drawer missing bracket screws
CORRECTION: denied

Customer Declined

| | | | | Parts Total: | | | | Labor Total: | INC | |
| 83 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | | Job Total: INC | INC | $0.00 INC |

C/S that the left side 4 closet drawers need frame build out wood to attach drawers more securely.
CORRECTION: 5517 time .20
installed wood supports and secured all drawer rail brakets

| | | | | Parts Total: | | | | Labor Total: | INC | |
| 84 | GEC06821 | B0005824 | | Service Retail | | | | Job Total: | $74.50 | $0.00 $74.50 |

C/S that ALL 11 closet drawers missing bracket attachment screws
CORRECTION: 5517 time .50
installed all missing screws behined 11 drawers

| | | | | Parts Total: | | | | Labor Total: | $74.50 | |
| 85 | GEC06821 | B0005824 | | Cabinet Shop Warranty | | | | Job Total: INC | INC | $74.50 INC |

C/S that the floor border missing at rear of slider

| | | | | Parts Total: | | | | Labor Total: | INC | |
| 86 | GEC06821 | B0005824 | | Service Retail | | | | Job Total: | $74.50 | $0.00 $74.50 |

C/S that the Underneath master bed 1.5x1.5" middle wood support bar needs replaced due to cracking during installation also cut too short, needs support bar underneath

Printed On : 2/11/2017   10:05:30 AM
Customer Copy

Repairs added after the customer copy printed.Oil &
Grease included in Other Charges.

Page 9 of 13

| Repair | VIN | Second VIN | Mech # | | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Description | | | | Qty | Ret. Price | Savings  Selling Price | Ext Discount | Ext Price |

CORRECTION: 5517 time .50
removed bed to access bed support beam under frame replace short beam and secured

| 87 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $74.50 | Job Total: | | $74.50 |
| | | | | | | | Cabinet Shop Warranty | | INC | INC | INC |

C/S that the potable water fill line leaks at RV wall and is loose at holding tank
CORRECTION: 5517 time .20
tighted fitting and repositioned fill hose

| 88 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: INC | Job Total: | | $0.00 |
| | | | | | | | Service Retail | | $29.80 | $0.00 | $29.80 |

C/S that the flow pur water filter underbed needs a support bracket to prevent upper attachment bracket from breaking off or coming loose
CORRECTION: this is manufacture design

| 89 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $29.80 | Job Total: | | $29.80 |
| | | | | | | | Service Retail | | $44.70 | $0.00 | $44.70 |

C/S that the bunkhouse shade accessories missing mounting bracket screws and "L" shape brackets at bottom of side.
CORRECTION: no parts found missing

| 90 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $44.70 | Job Total: | | $44.70 |
| | | | | | | | Cabinet Shop Warranty | | INC | INC | INC |

C/S that the masterbed left side upper storage unit with radio has two support wood brackets that are cracked and need replaced

| 91 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: INC | Job Total: | | $0.00 |
| | | | | | | | Service Retail | | $119.20 | $0.00 | $119.20 |

C/S that the support bracket screws missing on both windows/shade roller each side of master bed.
CORRECTION: no fault found

| 92 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $119.20 | Job Total: | | $119.20 |
| | | | | | | | Cabinet Shop Warranty | | INC | INC | INC |

C/S that the lower door support bracket of bathroom sink door does not fit molding

| 93 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: INC | Job Total: | | $0.00 |
| | | | | | | | Service Retail | | $74.50 | $0.00 | $74.50 |

C/S that the bathroom sink screws coming out on upper left side under sink bowl
CORRECTION: 5517 time 0.50
tightened all screws and secured sink and countertop

| 94 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $74.50 | Job Total: | | $74.50 |
| | | | | | | | Cabinet Shop Warranty | | INC | INC | INC |

C/S that the exterior sink support bracket needs wood support added at drawer door attachment

| 95 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: INC | Job Total: | | $0.00 |
| | | | | | | | Service Retail | | $74.50 | $0.00 | $74.50 |

C/S that the exterior sink exterior door frame missing screws and the exterior door frame seal needs replaced
CORRECTION: 5517 time 0.50
replaced compartment seal and missing screws

| 96 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $74.50 | Job Total: | | $74.50 |
| | | | | | | | Service Retail | | $74.50 | $0.00 | $74.50 |

C/S that the shower leaks left side, back left side, leaks out of floor into exterior wheel well
CAUSE: Duplicate line, same as line 8
CORRECTION: 5517 time 0.50
tightened  all fitting  and tested system under full pressure

| 97 | GEC06821 | B0005824 | | | Parts Total: | | Labor Total: $74.50 | Job Total: | | $74.50 |
| | | | | | | | Cabinet Shop Warranty | | INC | INC | INC |

Printed On : 2/11/2017  10:05:30 AM
Customer Copy

Repair added after the customer copy printed.Oil &.
Grease included in Other Charges.

Page 10 of 13

| Repair Description | VIN | Second VIN | Mech # | Type | Qty Ret. Price | Savings | Selling Price | Labor Ext Discount | Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|

APPR/0.80/DH//283560 . C/S that the wall paper accent needs removed and replaced professionally on left side of shower wall and behind toilet
CORRECTION: Took off old border, use cleaner and a razor blade to get off the old glue residue,. Wiped clean. Put new border on, cut to size.
UC/7/17...5489...0.8hr

03352700         Border, Wall 8 in Vertical Tile Vilano
FR               FREIGHT AND CRATE CHARGE                              10.00                                                    INC
P6017            Solvent, Acrylox Spray 3M08987                         1.00                                                    INC
                                                                        1.00                                                    INC

98      GEC06821       B0005824              Parts Total:     INC    Labor Total:       INC    Job Total:      INC    INC    INC
C/S that the toilet needs rotated to left so that toilet seat will stay up during peeing for male people    Service Retail    $74.50    $0.00    $74.50
CORRECTION: 5517 time 0.50
removed toilet and repositioned mounting screws  reinstalled and tested operations

99      GEC06821       B0005824              Parts Total:            Labor Total:   $74.50    Job Total:   $74.50
C/S that tho pocket door for hallway/bathroom are too heavy with present ceiling header, fell down, need to take down ceiling foam top and replace header    Cabinet Shop Warranty    INC    INC    INC
with harder wood/metal combination then reinstall door frame
CORRECTION: 5517 time .50
added sweeport to hold up rails and support pocket doors

100     GEC06821       B0005824              Parts Total:            Labor Total:      INC    Job Total:              $0.00
C/S that the upper header exterior beauty cover should be installed professionally with staples that are in center of attachment board (fell off because    Cabinet Shop Warranty    INC    INC    INC
staples coming out of top

101     GEC06821       B0005824              Parts Total:            Labor Total:      INC    Job Total:              $0.00
C/S that the bunkhouse screen iss missing parts so they fall out    Service Retail    $44.70    $0.00    $44.70
CORRECTION: 5517 time 0.30
ordered and installed missing screen
0312971          Screen, Window Bunk 28x12                    1.00    $54.21    $0.00    $54.21    -$0.00    $54.21

102     GEC06821       B0005824              Parts Total:    $54.21    Labor Total:    $44.70    Job Total:            $98.91
C/S that the rear top wall "cover" coming apart and off of wall (75"x6") has styrofoam under panel    Cabinet Shop Warranty    INC    INC    INC
CORRECTION: 5517 time .50
reattached loose cover and secured  reinstalled all removed time

103     GEC06821       B0005824              Parts Total:            Labor Total:      INC    Job Total:              $0.00
QC8/Inspection Wait                                                  Service Retail             $0.00    $0.00    $0.00

104     GEC06821       B0005824              Parts Total:            Labor Total:   $0.00    Job Total:              $0.00
APPR/3.00/DH//286618 APPR/6.50/DH//230067  HOOD HAS VERY LIGHT BASECOAT    SVC - Body Shop Warranty    INC    INC    INC
CORRECTION: Repair dents in good and prep. Refinish as need and buff as needed. 9.5hrs
PS        PAINT SUPPLIES                                             1.00

105     GEC06821       B0005824              Parts Total:    4723    Labor Total:      INC    Job Total:              INC
APPR/27.00/DH//230067  D/S 4TH COMPARTMENT DOOR, REPAIR ABOVE D/S DOOR, PAINT FLAKING OFF SIDEWALL VERTICAL    SVC - Body Shop Warranty    INC    INC    INC
MOLDING, R&R ENTRY DOOR
CORRECTION: Replace entry door and repair above ps door on mounding. Mix color and tint best possible for panel painting match. Prep and refinish as
needed and cut and buff as needed and reseal. 27hrs
PS        PAINT SUPPLIES
BSS       Body Shop Supplies                                         1.00                                          INC
0284806   Door, Entry 25 1/2x79 1/2 PW W/O Window                    1.00                                          INC
0284806   warranty returned                                          0.00                                          INC

106     GEC06821       B0005824              Parts Total:    INC    Labor Total:      INC    Job Total:      INC    INC    INC
per Anson, apply black silicone on outside of d/s main slide along front vertical seal - [RC (Slide-Outs-01}  Slide out general repair]    CLD Delivery Warranty    INC    INC    INC

Printed On : 2/11/2017  10:05:30 AM                        Repair added after the customer copy printed.Oil &    Page 11 of 13
Customer Copy                                              Grease included in Other Charges.

| Repair | VIN | Second VIN | Mech # | | Type | | Labor | Discount | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| | | | | | | CLD Delivery Warranty | INC | INC | INC |
| Per Anson, Leveling monitor not showing anything on display, needs to be replaced | | | | | | | | | |
| 108 | GEC06821 | B0005824 | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| | | | | | | CLD Delivery Warranty | INC | INC | INC |
| Per Anson, Shower leaking and needs to be sealed around base of shower | | | | | | | | | |
| | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |

| Pay Type | CC # | Amount |
| --- | --- | --- |

| | |
| --- | --- |
| Parts Total: | $516.91 |
| Core Total: | $0.00 |
| Freight Total: | $26.86 |
| Sublet Total: | $0.00 |
| Labor Total: | $5,006.40 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $50.00 |
| Sub Total: | $5,600.17 |
| - Parts Discount: | $0.00 |

| | |
| --- | --- |
| Ext Price: | $5,600.17 |
| Sales Tax: | $392.01 |
| Total: | $5,992.18 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| Amount Due: | $5,992.18 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:

I AGREE TO PAY THIS ABOVE TOTAL AMOUNT
Cashed Out By:
Cash Out Date:

Cash Drawer:

BELOW ARE THE "TERMS AND CONDITIONS" FOR THE SERVICING OF YOUR VEHICLE. PLEASE READ CAREFULLY
You are the person presenting a vehicle or towable for repair and authorizing the repairs to that vehicle or towable.

MISCELLANEOUS SHOP SUPPLIES AND CHARGES. TO ITEMIZE THE MISCELLANEOUS SUPPLIES AND MATERIALS USED ON EACH REPAIR WOULD CONSIDERABLY ADD TO YOUR COSTS AND LABOR CHARGES. A standard charge of 10% of the total labor charge, up to a maximum of $50, is made on each repair order for these items. These charges are separate from our Specialty Shop supply charges (ie, Cabinet Shop, Chassis Shop, etc.).
DISPOSAL CHARGES: Per the state of Florida, (s. 569.904(4)), this charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal (s. 569.904) (4). The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s. 403.718), and a $1.50 fee to be collected for each new battery or remanufactured battery sold in the state (s. 403.7185).
BODY SHOP ESTIMATE FEES: You will be charged a fee for the preparation of an estimate. The estimate fee will be based on time and materials involved.
DIAGNOSTIC FEES: In the event an estimate cannot be completed without diagnostic work, that work will be billed at the standard hourly rate, with a minimum charge of 0.5 hour.
CANCELLATION OF REPAIR WORK: In the event you cancel the repair work, the vehicle shall be reassembled to a condition reasonably similar as when received unless you waive reassembly or the reassembled vehicle would be unsafe. The repair shop may charge for the cost of teardown, the cost of parts and labor to replace items destroyed by teardown and the cost to reassemble the vehicle, provided you were notified of these possible costs in the estimate prior to the commencement of the diagnostic work.
INSPECTION: LIMITED WARRANTY: You agree that you will carefully inspect all repaired or newly installed components and will notify Lazydays in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. Parts and labor are warranted for 30 days or 3,000 miles, whichever comes first. If Lazydays' repair or replacement falls in normal service, and is reported, within the warranty period, Lazydays will fix it for free of charge at our facility. ANY WARRANTIES ON THOSE PRODUCTS SOLD ARE THOSE MADE BY THE MANUFACTURER OF THOSE PRODUCTS. THERE ARE NO OTHER WARRANTIES EXTENDED BY LAZYDAYS, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.
MISCELLANEOUS TERMS: By signing this form you authorize the repair work set forth on the face of this document to be done. You agree Lazydays and its employees may operate the vehicle for the purpose of testing, inspection and/or delivery at your risk. You agree that Lazydays is not responsible for loss or damage to the vehicle, or articles left in the vehicle, in case of fire, theft, or any other cause or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. You hereby grant us, and our employees, permission to operate the vehicle described on streets, highways and elsewhere for the purposes of testing and/or inspection. An express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of the repair.

| | | |
| --- | --- | --- |
| Printed On : 2/11/2017   10:05:30 AM | Repair added after the customer copy printed.Oil & | Page 12 of 13 |
| Customer Copy | Grease included in Other Charges. | |

CAMPING WORLD RV SALES - COCOA
4700 HWY 520
COCOA FL
US
32926
(PH) 321-504-6500   (FAX) 270-438-4885

CUSTOMER WORK ORDER # 11580

WO Date: 25 FEB 17
Tag#: 6604
Author: BRUCE.THOMPSON
Stock No:
Year: 2017
Manufacturer: THOR
Brand:
Model: FOUR WINDS
Length:
Serial#:
Chassis#: 1FDUF5GT8GEC06821
Miles/Hrs: 4418
Purchased Date:
Warranty Date:
Date In: 25 FEB 17

First Name: DALE
Customer Name: 2424120 - SCHAMP, DALE
Address:
: MERRIT ISLAND, FL
Postal/Zip: 32952
Phone#(res):
Phone#(bus):
Cell Phone:
ExtW Co:
ExtW No:
Email: NONE
Promised Date: 08 MAR 17
Completed Date:
Invoice#:

*******************************************************************
Job #   Description        JOB INFORMATION
*******************************************************************
0        WARRANTY:
         LOWER BUNK DRAWER HAS SCUFF ON FRONT,
         *NOTED ON DELIVERY*
         BILLY BLACK / LAZA DAYS
         // R & R NEW DRAWER FACE .3
2        P/S 1 COMPARTMENT DOOR IS TAKING IN
         WATER //
         NOT SEALING CORRECTLY AROUND FRAME
         //
         ADDED (2) MISSING SCREWS TO MOVE
         BRACKET TO BETTER LOCATION TO CLOSE
         DOOR MORE COMPLETE, ADDED SILICONE TO
         DOOR TO COMPLETE SEAL, WATER TESTED OK
         .75
3        P/S 2 COMPARTMENT DOOR IS TAKING IN
         WATER //
         ADDED (2) MISSING SCREWS TO MOVE
         BRACKET TO BETTER LOCATION TO CLOSE
         DOOR MORE COMPLETE, ADDED SILICONE TO
         DOOR TO COMPLETE SEAL, WATER TESTED OK
         .75
4        P/S 3 COMPARTMENT DOOR IS TAKING IN
         WATER //
         ADDED (2) MISSING SCREWS TO MOVE
         BRACKET TO BETTER LOCATION TO CLOSE
         DOOR MORE COMPLETE, ADDED SILICONE TO
         DOOR TO COMPLETE SEAL, WATER TESTED OK
         .75

Continued on page 2

PAGE 2

Work Order : 11580

```
      D/S 3 COMPARTMENT DOOR IS TAKING IN
      WATER //
      ADDED (2) MISSING SCREWS TO MOVE
      BRACKET TO BETTER LOCATION TO CLOSE
      DOOR MORE COMPLETE, ADDED SILICONE TO
      DOOR TO COMPLETE SEAL, WATER TESTED OK
      .75
6     D/GENSET LOF .65
      **CUSTOMER REQUEST SUPPLY EXTRA OIL
      FILTER**
      COMPLETED PER REQUEST
      Job Estimate: 74.99
12P   12 POINT INSPECTION
```

**********************************************************************

| Lab Code | Job# | Description | LABOUR | | | Total |
|---|---|---|---|---|---|---|
| L1 | 1 | DRAWER SCUFF DIAG | | | | |
| L1 | 2 1 | COMP DIAG/FIX | WA | | W | -N/C- |
| L1 | 3 2 | COMPART DOOR DIAG/FIX | WA | | W | -N/C- |
| L1 | 4 3 | COMPARTMENT DOOR DIAG/FIX | WA | | W | -N/C- |
| L1 | 5 4 | COMPARTMENT DOOR DIAG/FIX | WA | | W | -N/C- |
| L1 | 6 D | GENSET LOF | WA | | W | -N/C- |
| | | | WA | | | 76.94 |

**********************************************************************

| Code | Job# | Description | EXTRAS | Qty | Price | Total |
|---|---|---|---|---|---|---|
| CWP | 6 | 4176159/22040/OIL FILTER 122-0833 | | 2.00 | 17.49 | 34.98 |
| CWP | 6 | 4180422/53055/15W40 OIL | | 4.00 | 3.89 | 15.56 |

```
                              Parts Total:        0.00
                              Labour Total:       76.94
                              Sublet Total:        0.00
                              Extras Total:       50.54
                              Tax Total:           8.16
                              Work Order Total:   135.64
```

DATE VEHICLE DROPPED OFF _____

DATE OF APPOINTMENT _____

REPAIR COMPLETION DATE _____

OWNER NOTIFIED OF COMPLETION @ TIME _____ DATE _____

DATE RELEASED/COLLECTED _____

WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL AND I/WE
HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE
INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM
Continued on page 3

EXHIBIT "D"

# GENERAL RV CENTER

www.generalrv.com
1577 WELLS ROAD
ORANGE PARK, FL 32073
PHONE (904) 458-3000
FAX      (904) 278-8808

## Purchase Agreement

1546963

| | |
|---|---|
| PURCHASER #1 | DALE A SCHAMP |
| PURCHASER #2 | SUSAN SCHAMP |
| ADDRESS | MERRITT ISLAND |
| PHONE PHONE | |
| CELL PHONE #1 | FL 32952 |
| CELL PHONE #2 | COUNTY BREVARD |
| E-MAIL ADDRESS | |
| SALESPERSON | MILLS, KEVIN D |

DATE 05/13/2017

244594

| NEW/USED 2018 | MIRADA | | |
|---|---|---|---|
| IDENTIFICATION NUMBER 1F66F5DY9H0A01653 | | | |
| COLOR STOCK NUMBER 150031 | | ENGINE | MILES 1100 |

ACCESSORIES AND/OR EQUIPMENT     $     0 00

| | | LIST PRICE $ | 112,933 00 |
|---|---|---|---|
| | N/A | | |
| | N/A | | 0 00 |
| | N/A | | 0 00 |
| | N/A | | 0 00 |
| | N/A | | 0 00 |
| | N/A | | 0 00 |
| | N/A | | 0 00 |
| | N/A | | 0 00 |

Agreed price includes all factory and dealer rebates, discounts and incentives.

| | SUB-TOTAL | 112,933 00 |
|---|---|---|
| 1. TRADE-IN ALLOWANCE | | 0 00 |
| 2. PREP FEE | | 109,000 00 |
| 3. ELECTRONIC REGISTRATION FILING FEE | | 289 00 |
| 4. PREP CHARGES | | 0 00 |
| 5. BATT FEE $2.00  TIRE FEE $5.00 | | 20 00 |
| 6. TOTAL TAXABLE PRICE | | 7 00 |
| 7. STATE         RATE | | 4,309 00 |
| 8. COUNTY         RATE | | 258 54 |
| 9. DOC STAMP TAX | | 0 00 |
| 10. TRANSFER TITLE/PLATE | | 154 70 |
| 11. LIEN | | 68 85 |
| 12. TOTAL BUSINESS PRICE | | 39,338 31 |
| 13. CLOSING DOWN PAYMENT | | 44,199 40 |
| 14. CASH DUE ON DELIVERY | | 0 00 |
| 15. BALANCE | | 0 00 |
| 16. | | 44,199 40 |

## DESCRIPTION OF TRADE-IN

| 2017 THOR | | 3855 |
|---|---|---|
| 1FDUF5GT3DDC08821 | | |

BALANCE OWED TO BANK OF AMERICA
109,000.00

We must have your trade title, cashier's check, bank money order or a certified check for the balance of the purchase price, to be added to your down payment. A documentary Procedure Fee of $120.00 will be charged.

THIS PURCHASE AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN GENERAL RV AND PURCHASER, AND NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT. NO OTHER REPRESENTATION OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE WHICH ARE NOT CONTAINED IN THIS DOCUMENT. PURCHASER HAS NOT RELIED ON ANYTHING NOT WRITTEN INTO THIS PURCHASE AGREEMENT SUCH THAT ANYTHING ELSE IS THE BASIS OF THE BARGAIN OR IS ENFORCEABLE AGAINST GENERAL RV, EVEN IF ALLEGED TO BE A MISREPRESENTATION. BY SIGNING BELOW, PURCHASER ACKNOWLEDGES THAT PURCHASER HAS READ AND UNDERSTANDS THE TERMS OF THIS AGREEMENT, "AS IS" CLAUSE, A NON-REFUNDABLE DEPOSIT STATEMENT, AND CONSENTS TO ALL POTENTIAL DISPUTES AND THAT ALL CLAIMS WILL BE RESOLVED ON AN...

PURCHASER HAS RECEIVED A COPY OF THIS AGREEMENT AND THAT THOSE TERMS AND THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE AN INDICATING THAT MICHIGAN LAW APPLIES.

PURCHASER'S SIGNATURE #1 _Dale A Schamp_

PURCHASER'S SIGNATURE #2 _Susan Schamp_

SALESMAN'S SIGNATURE _____

ACCEPTED DEALER'S SIGNATURE _____

Page 1 (front) of 2 (back)

GT4 201     REV 07/15