**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DALE SCHAMP and**
**SUSAN SCHAMP,**
    **Plaintiffs,**

**Case No. 6:18-cv-2043-Orl-22TBS**

**v.**

**THOR MOTOR COACH, INC.,**
    **Defendant.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  X    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

        The Law Office of Patrick J. Cremeens, P.L.

        /s/ Patrick J. Cremeens
        Patrick J. Cremeens, Esq.
        Fla. Bar No. 0025848
        Jeanne M. Cremeens, Esq.
        Fla. Bar No. 0026007
        Attorneys for Plaintiff
        The Law Office of Patrick J. Cremeens, P.L.
        4707 West Gandy Boulevard, Suite 8
        Tampa, Florida 33611
        Phone (813) 839-2000
        Fax (813) 839-3500
        Primary e-mail:   admin@cremeenslaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2018, I presented the foregoing via Electronic Mail to: W. Scott Powell, Esq., Powell Law LLP, 399 Carolina Avenue, Suite 100, Winter Park, Florida 32789 at spowell@powell-law.net and CShortel@powell-law.net.

/s/ Patrick J. Cremeens
Patrick J. Cremeens, Esq.
Fla. Bar No. 0025848
Jeanne M. Cremeens, Esq.
Fla. Bar No. 0026007
The Law Office of Patrick J. Cremeens, P.L.
4707 West Gandy Boulevard, Suite 8
Tampa, Florida 33611
Phone (813) 839-2000
Fax (813) 839-3500
Primary e-mail:   admin@cremeenslaw.com