UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE SCHAMP and SUSAN SCHAMP,

    Plaintiffs,

v.                                            Case No:   6:18-cv-2043-Orl-22TBS

THOR MOTOR COACH, INC.,

    Defendant.

## ORDER

The Motion to Dispense with In-Person Case Management Conference Requirement in this Court's Notice of Track Two Designation (Doc. 8) is **GRANTED**. The parties may confer telephonically to prepare their case management report. If the parties are unable to agree on all matters to be included in the report, then the Court may require an in-person meeting of counsel to attempt, in good faith, to resolve all disagreements.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record