IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE SCHAMP and
SUSAN SCHAMP,
    Plaintiffs,

v.

                                          Case No. 6:18-cv-2043-Orl-22TBS

THOR MOTOR COACH, INC.,
    Defendant.
_____/

### AFFIDAVIT OF TIMOTHY COVEY

STATE OF FLORIDA        }
COUNTY OF HILLSBOROUGH }

1. My name is Timothy Covey, I am over eighteen (18) years of age and am of sound mind.

2. I am a paralegal employed by The Law Office of Patrick J. Cremeens, P.L.

3. I ovelooked the deadline for Plaintiff to file a notice of mediation in the above-referenced matter and failed to place the date on the firm calendar.

4. The error was inadvertent and not committed in bad faith or with intention of delay.

FURTHER AFFIANT SAYETH NAUGHT

_____
Timothy Covey

SWORN TO AND SUBSCRIBED before me on __March 13th__, 2019, by Timothy Covey, who is / is not personally known to me and who produced __FLA DL__ as identification.

_____
Notary Public
My Commission Expires: 12/11/22

LARISSA BLAND
MY COMMISSION # GG 283139
EXPIRES: December 11, 2022
Bonded Thru Notary Public Underwriters